UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 22- |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| WILLIAM TODD WILSON, | : | COUNT 1: |
| | : | 18 U.S.C. § 2384 |
| | : | (Seditious Conspiracy) |
| Defendant. | : | |
| | : | COUNT 2: |
| | : | 18 U.S.C. § 1512(c)(2) |
| | : | (Obstruction of an Official Proceeding) |

**I N F O R M A T I O N**

The United States Attorney charges that, on or about the dates and at or around the times set forth below:

**Introduction**

**The Transfer of Power in the United States**

1.     The United States Constitution and federal statutes codify the procedures and dates governing the transfer of presidential power in the United States.  The Twelfth Amendment requires presidential electors to meet in their respective states and certify "distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each."  It further requires that the Vice President "shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted."  Title 3, Section 15 of the United States Code provides that the United States Congress must convene during a joint session proceeding ("the Joint Session") at 1:00 p.m. "on the sixth day of January succeeding every meeting of the electors," with the Vice President presiding, to count the electoral votes, resolve any objections, certify their validity, and announce the result ("Certification of the Electoral College vote").  The Twentieth Amendment provides that the terms of the President and

Vice President shall accordingly end at noon on the 20th day of January, "and the terms of their successors shall then begin."

**Plot to Oppose by Force the 2020 Lawful Transfer of Presidential Power**

2.      The 2020 United States Presidential Election ("Presidential Election") occurred on November 3, 2020.  As of November 7, 2020, the incumbent President Donald J. Trump was projected to have lost the Presidential Election.

3.      After the Presidential Election, Elmer Stewart Rhodes III, along with WILLIAM TODD WILSON, conspired with their co-defendants and other co-conspirators, known and unknown to the Grand Jury, to oppose by force the lawful transfer of presidential power.  Rhodes, a 55-year-old resident of Granbury, Texas, was the founder and leader of the Oath Keepers, a large but loosely organized collection of individuals, some of whom are associated with militias. WILSON, a 44-year-old military and law enforcement veteran, was an Oath Keeper member since 2016.  He is a resident of Sampson County, North Carolina, and on the date of the offense, was a county leader of the North Carolina chapter of the Oath Keepers.  Some members of the Oath Keepers, like WILSON, believe that the federal government has been coopted by a cabal of elites actively trying to strip American citizens of their rights.  Though the Oath Keepers will accept anyone as members, they explicitly focus on recruiting current and former military, law enforcement, and first-responder personnel.  The organization's name alludes to the oath sworn by members of the military and police to defend the Constitution "from all enemies, foreign and domestic."  On their website, the "Oath Keepers declare they will not obey unconstitutional orders."

4.      Rhodes and certain co-conspirators, to include selected regional leaders such as WILSON, planned to stop the lawful transfer of presidential power by January 20, 2021, which

included multiple ways to deploy force. They coordinated travel across the country to enter Washington, D.C., equipped themselves with a variety of weapons, donned combat and tactical gear, and were prepared to answer Rhodes's call to take up arms at Rhodes's direction. WILSON and other co-conspirators also amassed firearms on the outskirts of Washington, D.C.—some distributed across hotels and "quick reaction force" ("QRF") teams—and planned to use them in support of their plot to halt the lawful transfer of power.

## COUNT ONE
### (Seditious Conspiracy—18 U.S.C. § 2384)

5. The introductory allegations set forth in paragraphs 1 through 4 are re-alleged and incorporated by reference as though set forth herein.

6. From in and around November 2020, through in and around January 2021, in the District of Columbia and elsewhere, the defendant,

**WILLIAM TODD WILSON,**

did knowingly conspire, confederate, and agree, with other persons known and unknown to the Grand Jury, by force to prevent, hinder, and delay the execution of any law of the United States.

### Purpose of the Conspiracy

7. The purpose of the conspiracy was to oppose the lawful transfer of presidential power by force, by preventing, hindering, or delaying by force the execution of the laws governing the transfer of power, including the Twelfth and Twentieth Amendments to the Constitution and Title 3, Section 15 of the United States Code.

### Manner and Means

8. WILSON and his co-conspirators carried out the conspiracy through the following manner and means, among others:

a. Preparing for and coordinating travel to Washington, D.C., to use force to stop the lawful transfer of presidential power;

b. Organizing into teams that were prepared and willing to use force and to transport firearms and ammunition into Washington, D.C.;

c. Recruiting members and affiliates to participate in the conspiracy;

d. Organizing trainings to teach and learn paramilitary combat tactics;

e. Bringing and contributing firearms, ammunition, and related equipment to the QRF staging area outside Washington, D.C.;

f. Bringing and contributing paramilitary gear, weapons, and supplies—including knives, batons, camouflaged combat uniforms, tactical vests with plates, helmets, eye protection, and radio equipment—to the Capitol grounds;

g. Breaching and attempting to take control of the Capitol grounds and building on January 6, 2021, in an effort to prevent, hinder, and delay the Certification of the Electoral College vote;

h. Using force against law enforcement officers while inside the Capitol on January 6, 2021;

i. Continuing to plot, after January 6, 2021, to oppose the lawful transfer of presidential power by force; and

j. Using websites, social media, text messaging, and encrypted messaging applications to communicate with co-conspirators and others.

    (In violation of Title 18, United States Code, Section 2384)

**COUNT TWO**
**(18 U.S.C. § 1512(c)(2))**
**(Obstruction of an Official Proceeding)**

9. Paragraphs 1 through 4 of this Indictment are re-alleged and incorporated as though set forth herein.

10. On or about January 6, 2021, in the District of Columbia and elsewhere, the defendant,

**WILLIAM TODD WILSON,**

attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, the Certification of the Electoral College vote.

(In violation of Title 18, United States Code, Section 1512(c)(2))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: *[signature]*

AHMED M. BASET
Assistant United States Attorney
IL Bar No. 6304552
Louis Manzo
Jeffrey S. Nestler
Kathryn L. Rakoczy
Troy Edwards
555 4th Street, N.W.,
Washington, D.C. 20530

_____
Justin Sher
Alexandra Hughes
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20004