Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 22-cr-152 (APM)
)
WILLIAM TODD WILSON )
)
)

## WAIVER OF INDICTMENT

I, __WILLIAM TODD WILSON__, the above-named defendant, who is accused of

Count 1 -- 18 U.S.C. § 2384; Seditious Conspiracy

Count 2 -- 18 U.S.C. § 1512(c)(2); Obstruction of an Official Proceeding

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/4/2022__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before: _[signature]_      Date: 5/4/2022
Amit P. Mehta
United States District Judge