UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

No. 1:22-cr-00152-APM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                        )<br>                                          )    **NOTICE OF APPEARANCE**<br>WILLIAM TODD WILSON,        )<br>                                          )<br>            Defendant.            ) | |

    PLEASE TAKE NOTICE that Geoffrey Ryan Willis, partner at Dysart Willis, whose office address and telephone number appear below, hereby enters an appearance in the above-captioned case as retained counsel for Defendant, William Todd Wilson. Undersigned counsel was admitted Pro Hac Vice, by the Court's Minute Order on May 9, 2022. Defendant requests that all notices, pleadings, correspondence, or other papers or items to be served in this case be directed to the undersigned for Defendant.

    Respectfully submitted, the 26th day of May, 2022.

                      DYSART WILLIS, PLLC

              By:  <u>/s/ Geoffrey Ryan Willis</u>
                     Geoffrey Ryan Willis
                     N.C. State Bar No. 33004
                     Email: ryan@dysartwillis.com
                     530 Hillsborough St., Suite 200
                     Raleigh, NC  27603
                     Telephone: (919) 747-8380
                     Facsimile: (919) 882-1222
                     *RETAINED ATTORNEY FOR*
                     *DEFENDANT*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

>Ahmed Muktadir Baset
>United States Attorney's Office
>United States Attorney's Office
>For the District of Columbia
>555 Fourth Street, N.W.
>Room 4209
>Washington, DC  20530
>Email:  ahmed.baset@usdoj.gov

This, the 26th day of May, 2022.

>DYSART WILLIS, PLLC
>
>By:  /s/ Geoffrey Ryan Willis
>Geoffrey Ryan Willis
>N.C. State Bar No. 330014
>Email: ryan@dysartwillis.com
>530 Hillsborough St., Suite 200
>Raleigh, NC  27603
>Telephone: (919) 747-8380
>Facsimile: (919) 882-1222
>*RETAINED ATTORNEY FOR DEFENDANT*