IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )    CR No. 22-152
                                       )    Washington, D.C.
         vs.                           )    May 4, 2022
                                       )    3:06 p.m.
WILLIAM TODD WILSON,                   )
                                       )
            Defendant.                 )
_____)


    TRANSCRIPT OF PLEA AGREEMENT HEARING PROCEEDINGS
        BEFORE THE HONORABLE AMIT P. MEHTA
           UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Ahmed Muktadir Baset
                             Kathryn L. Rakoczy
                             U.S. ATTORNEY'S OFFICE
                             for the District of Columbia
                             555 Fourth Street, NW
                             Room 4209
                             Washington, D.C. 20530
                             (202) 252-7097
                             Email: ahmed.baset@usdoj.gov
                             Email:
                             kathryn.rakoczy@usdoj.gov

```
APPEARANCES CONTINUED:

For the Defendant:            Geoffrey Ryan Willis
                             James John Kurosad
                             Dysart Willis, PLLC
                             530 Hillsborough Street
                             Suite 200
                             Raleigh, NC 27603
                             (919) 747-8380
                             Email: ryan@dysartwillis.com
                             Email: james@dysartwillis.com


Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249



Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S
2           COURTROOM DEPUTY:  All rise.  The Honorable
3  Amit P. Mehta presiding.
4           THE COURT:  Good afternoon.  Please be seated,
5  everyone.
6           COURTROOM DEPUTY:  Good afternoon, Your Honor.
7  This is Criminal Case No. 22-152, the United States of
8  America versus William Todd Wilson.
9           Ahmed Baset and Kate Rakoczy for the government.
10          Ryan Willis and James Kurosad for the defense.
11          The defendant is appearing in person for these
12 proceedings.
13          THE COURT:  Okay.  Good afternoon, Counsel.
14          Mr. Wilson, good afternoon to you, sir.
15 I'm Judge Mehta; I've been presiding over these various
16 cases.
17          All right.  So I understand that Mr. Wilson wishes
18 to enter a plea, is that correct, today?
19          MR. WILLIS:  That is correct, Your Honor.
20          THE COURT:  Okay.
21          Just before we turn to the colloquy, let me just
22 ask, are there any -- I've looked through the plea
23 agreement, but I want to make sure there are no deviations
24 from -- that I should be aware of other than the Sentencing
25 Guidelines calculations from other pleas that have been
```

1    entered in this case involving cooperation?

2            MR. BASET:  No deviation, Your Honor.

3            THE COURT:  All right.

4            All right.  Anything we need to discuss

5    preliminarily before we get started?

6            So let's just have Mr. Wilson arraigned.  You

7    know, we'll enter a not-guilty plea for present purposes and

8    then we'll go through the colloquy, okay?

9            MR. WILLIS:  May we approach the podium?

10           THE COURT:  Yeah, please, why don't you all come

11   on up.

12           All right.  So, Mr. Wilson, what we're going to do

13   first is we're going to do what's called arraign you.  That

14   means the Courtroom Deputy is going to announce the charges

15   against you, and your lawyers will then enter a plea on your

16   behalf.  At this point, they'll enter pleas of not guilty

17   and then we'll turn to the plea colloquy, okay?

18           THE DEFENDANT:  Yes, sir.

19           COURTROOM DEPUTY:  May the record reflect that

20   Mr. Wilson has received a copy of the information.

21           Mr. Wilson, in criminal Case No. 22-152, you have

22   been charged with the following counts:

23           Count 1, seditious conspiracy, in violation of

24   Title 18 United States Code Section 2384;

25           And Count 2, obstruction of an official

1   proceeding, in violation of Title 18 United States Code

2   Section 1512(c)(2).

3           Do you wish to waive formal reading of the

4   information and how do you wish to plead for purposes of

5   this arraignment?

6           MR. WILLIS:  He will waive formal reading and he

7   pleads not guilty for purposes of arraignment.

8           THE COURT:  Okay.

9           So why don't we get started.

10          Okay.  Mr. Wilson, I understand that you wish to

11  enter pleas of guilty; is that correct, sir?

12          THE DEFENDANT:  Yes, Your Honor.

13          THE COURT:  All right.

14          Now, in order for me to accept your guilty plea,

15  Mr. Wilson, I'm required to ask you a series of questions.

16  Those questions are designed to satisfy me that

17  you understand the terms of your plea agreement and what

18  rights you are giving up by entering a plea, okay?

19          If at any point in time you don't understand a

20  question I have asked you, please feel free to ask me to

21  repeat myself.  Is that understood?

22          THE DEFENDANT:  Yes, Your Honor.

23          THE COURT:  And if at any point in time you'd like

24  to consult with either of your counsel before you answer a

25  question, you are free to do that.  Is that understood?

```
1                THE DEFENDANT:  Yes, Your Honor.

2                THE COURT:  All right.

3                Now, before we get started, I'm going to have to

4    ask you to raise your right hand so we can place you under

5    oath.

6                COURTROOM DEPUTY:  Please raise your right hand.

7                (Defendant is placed under oath.)

8                COURTROOM DEPUTY:  Thank you.

9                THE COURT:  All right.

10               Now, Mr. Wilson, because you are now under oath,

11   what that means is that if you testify falsely, you could be

12   prosecuted for perjury or making a false statement.

13               Do you understand that, sir?

14               THE DEFENDANT:  Yes, Your Honor.

15               THE COURT:  All right.

16               And what is your date of birth, Mr. Wilson?

17               THE DEFENDANT:  11/26/1976.

18               THE COURT:  And how far did you go in school, sir?

19               THE DEFENDANT:  12th grade.

20               THE COURT:  Did you earn a diploma?

21               THE DEFENDANT:  Yes, sir.

22               THE COURT:  Okay.

23               Have you taken any drugs or medications or

24   anything else in the last two days, Mr. Wilson, that might

25   make it difficult for you to follow these proceedings?
```

1          THE DEFENDANT:  I have taken Tylenol and some

2    ibuprofen for my head.

3          THE COURT:  For your?

4          THE DEFENDANT:  Head injury.

5          THE COURT:  Okay.

6          And does having taken that medication, does that

7    in any way affect your ability to follow these proceedings?

8          THE DEFENDANT:  No, Your Honor.

9          THE COURT:  Are you having any difficulty

10   understanding my questions today?

11         THE DEFENDANT:  No, Your Honor.

12         THE COURT:  Okay.

13         Is there any other reason that you are aware of,

14   Mr. Wilson, that might make it difficult for you to follow

15   these proceedings?

16         THE DEFENDANT:  No, Your Honor.

17         THE COURT:  Okay.

18         All right.  Does counsel for either side have any

19   reason to question Mr. Wilson's competence to enter a plea

20   at this time?

21         MR. BASET:  No, Your Honor.

22         MR. WILLIS:  No, Your Honor.

23         THE COURT:  All right.

24         Then based then upon my inquiries of Mr. Wilson as

25   well as the representations of counsel, I find that he's

1    fully competent and capable of entering an informed plea.

2         Mr. Wilson, were you born in the United States?

3         THE DEFENDANT:  Yes, Your Honor.

4         THE COURT:  Okay.

5         Now, have you had enough time to speak with your

6    lawyers about the plea that you wish to enter into today?

7         THE DEFENDANT:  Yes, Your Honor.

8         THE COURT:  And are you satisfied with the

9    services your lawyers have provided you?

10        THE DEFENDANT:  Yes, Your Honor.

11        THE COURT:  Now, I understand that instead of

12   going to trial, Mr. Wilson, you wish to plead guilty to a

13   criminal information which charges you with two counts;

14   Count 1, seditious conspiracy, in violation of

15   18 United States Code 2384; and Count 2 of that information,

16   which charges you with obstruction of an official

17   proceeding, in violation of 18 United States Code

18   1512(c)(2).  Is that correct, sir?

19        THE DEFENDANT:  That is correct, yes, Your Honor.

20        THE COURT:  All right.

21        Now, Mr. Wilson, first thing I'm going to do is

22   I'm going to hand up what I understand is your

23   plea agreement.  I'm going to ask you to take a look at it

24   and then have you turn to the last page of that agreement,

25   okay?

1        Okay.  Mr. Wilson, first question is, is that the

2   plea agreement that you have entered into in this case, sir?

3        THE DEFENDANT:  Yes, Your Honor.

4        THE COURT:  And on the last page of that

5   agreement, is that your signature?

6        THE DEFENDANT:  Yes, Your Honor.

7        THE COURT:  And have you had an opportunity to

8   read this document or have you had it read to you, sir?

9        THE DEFENDANT:  I've had a chance to read it, sir.

10        THE COURT:  Okay.

11        And are there any questions about this document

12   that have not been answered to your satisfaction?

13        THE DEFENDANT:  No, Your Honor.

14        THE COURT:  Okay.

15        Now, Mr. Wilson, I'm going to just ask you, if you

16   could just hand that back up to the Courtroom Deputy.

17        I'm not going to go over every single paragraph

18   and every single sentence in this agreement with you, okay?

19   What I'm going to go over is what I'm required to go over by

20   rule.

21        Now, that said, just because I don't go over a

22   particular promise that you have made in this agreement,

23   that does not mean that you are not bound by every promise

24   that you have made.  Is that understood, sir?

25        THE DEFENDANT:  That's understood, yes,

1    Your Honor.

2             THE COURT:  Okay.

3             First thing I'm going to go over, Mr. Wilson, is

4    what you are pleading to and what the government is agreeing

5    to in exchange for that plea.  Then I am going to turn to

6    the sentencing terms of the plea, okay?

7             All right.  So you have agreed, as part of this

8    plea agreement, to plead guilty to one count of seditious

9    conspiracy and one count of obstruction of an official

10   proceeding.  Both of those counts, or both of those charges,

11   are felonies.  You also have agreed that a separate

12   document, which is titled Statement of Offense, and we'll

13   talk about that in a few minutes, that that document fairly

14   and accurately describes your actions.

15            In exchange, the government has agreed that it

16   will not bring any other charges against you for the conduct

17   that's described in the Statement of Offense, and it will

18   not bring any other charges against you for any non-violent

19   criminal offense in violation of federal or D.C. criminal

20   law which may have been committed within the District of

21   Columbia before executing the agreement and about which the

22   U.S. Attorney's Office was made aware prior to your

23   executing the agreement.  They, however, do reserve the

24   right to prosecute you for any crimes of violence.

25            Do you understand those terms of your

1    plea agreement, sir?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  All right.

4              Let's talk then about another feature of this

5    plea agreement, and that is you've agreed to cooperate as

6    part of this plea, Mr. Wilson.

7              Do you understand that that cooperation requires

8    you to, among other things, testify before a grand jury or

9    at trial or sit for interviews as requested by the

10   government?

11             THE DEFENDANT:  Yes, Your Honor.

12             THE COURT:  Do you understand that if you do sit

13   for an interview, you have waived your right to counsel for

14   such interview but you have reserved the right to request to

15   have your counsel present?

16             THE DEFENDANT:  That's correct, yes, Your Honor.

17             THE COURT:  You also understand that any

18   statements that you make during the course of your

19   cooperation can be used against you at sentencing?

20             THE DEFENDANT:  Yes, Your Honor.

21             THE COURT:  Also, you have agreed to turn over any

22   evidence of crimes, contraband, and proceeds of crimes, as

23   well as all assets traceable to such crimes?

24             THE DEFENDANT:  Yes, Your Honor.

25             THE COURT:  And you've also agreed to provide a

 1    full and complete accounting of your financial assets.

 2    Do you understand that?

 3             THE DEFENDANT:  Yes, Your Honor.

 4             THE COURT:  All right.

 5             Now, let's talk about the sentencing terms,

 6    Mr. Wilson.  First thing I'm going to go over is the maximum

 7    penalties associated with these two charges and then we will

 8    turn to the Sentencing Guidelines, okay?

 9             On the count of seditious conspiracy, do you

10    understand that the maximum penalty is 20 years of

11    incarceration?

12             THE DEFENDANT:  Yes, Your Honor.

13             THE COURT:  A maximum fine of $250,000?

14             THE DEFENDANT:  Yes, Your Honor.

15             THE COURT:  A term of supervised release of not

16    more than three years?

17             THE DEFENDANT:  Yes, Your Honor.

18             THE COURT:  You also would be obligated to pay an

19    order of restitution?

20             THE DEFENDANT:  Yes, Your Honor.

21             THE COURT:  As well as any interest on any

22    penalties -- excuse me.

23             You also would be obligated to pay interest or

24    penalties on any fine or restitution that is not timely

25    paid?

1          THE DEFENDANT:  Yes, Your Honor.

2          THE COURT:  And you would also be obligated to pay

3    a $100 Special Assessment to the Court?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  All right.

6          On the count of obstruction of an official

7    proceeding, do you understand that the maximum penalty is

8    20 years in prison?

9          THE DEFENDANT:  Yes, Your Honor.

10         THE COURT:  And a maximum fine of $250,000?

11         THE DEFENDANT:  Yes, Your Honor.

12         THE COURT:  A term of supervised release of not

13   more than three years?

14         THE DEFENDANT:  Yes, Your Honor.

15         THE COURT:  An obligation to pay an order of

16   restitution?

17         THE DEFENDANT:  Yes, Your Honor.

18         THE COURT:  As well as an obligation to pay

19   interest or penalties on any fine or restitution that is not

20   timely paid?

21         THE DEFENDANT:  Yes.

22         THE COURT:  And finally, you will be responsible

23   for a second $100 Special Assessment to the Court, for a

24   total of $200.  Is that understood?

25         THE DEFENDANT:  Yes, Your Honor.

1          THE COURT:  All right.

2          Now, Mr. Wilson, those are just the maximum

3    penalties that are associated with these two offenses.

4    I'm now going to go over with you how the Sentencing

5    Guidelines are likely -- or may operate in this case,

6    I should say.

7          First question is, have you talked to your lawyers

8    about the Sentencing Guidelines in this case, sir?

9          THE DEFENDANT:  Yes, Your Honor.

10         THE COURT:  All right.  Good.  Because the

11   Sentencing Guidelines, Mr. Wilson, they really are based

12   upon three factors; they are your criminal history, the

13   offenses to which you are pleading, and the facts and

14   circumstances of those offenses.

15         I'll start with your criminal history.  The

16   parties, that is, your lawyers and the government, believe

17   you have zero criminal history points, which would put you

18   in what's called criminal history Category I.  Do you

19   understand that?

20         THE DEFENDANT:  Yes, Your Honor.

21         THE COURT:  Now, Mr. Wilson, that is just an

22   estimate at this point.  And what will happen prior to

23   sentencing is that a probation officer will prepare a

24   report.  As part of that report, they would do a complete

25   background of your -- do a complete background of you,

1  including any prior criminal history.  And if it turns out

2  for whatever reason, Mr. Wilson, that you, in fact, have

3  more criminal history points than zero and are in a greater

4  category than Category I, that would not be a basis for you

5  to withdraw your plea.  Is that understood?

6           THE DEFENDANT:  Yes, Your Honor.

7           THE COURT:  All right.

8           Let's talk then about the offense level,

9  Mr. Wilson, that applies in this case.

10          For the count of seditious conspiracy, do you

11 understand that the Base Offense Level for that offense is a

12 14?

13          THE DEFENDANT:  Yes, Your Honor.

14          THE COURT:  That would be enhanced by eight levels

15 for causing or threatening injury or damage, an additional

16 three levels for substantial interference with justice, an

17 additional two levels for extensive scope, planning or

18 preparation, as well as an additional two levels for the

19 destruction of evidence, in this case, electronic evidence.

20 Do you understand all of that, sir?

21          THE DEFENDANT:  Yes, Your Honor.

22          THE COURT:  All right.  So that gets us to an

23 adjusted offense level of 29 for seditious conspiracy.

24          Similarly for obstruction of an official

25 proceeding, the Base Offense Level is a 14.  That's enhanced

1   by eight levels for causing, threatening -- causing or

2   threatening injury or damage; an additional three levels for

3   substantial interference with justice; an additional two

4   levels for extensive scope, planning, or preparation; and an

5   additional two levels for obstruction of evidence.

6   Do you understand that, sir?

7              THE DEFENDANT:  Yes, Your Honor.

8              THE COURT:  All right.

9              So for both of those counts, Mr. Wilson, the

10  adjusted offense level is 29.

11             The way the Guidelines work is that we sort of

12  essentially combine those two counts, and your combined

13  offense level is a 29.

14             You will get a three-point reduction for

15  acceptance of responsibility, which results in a total

16  offense level of a 26.  Do you understand that?

17             THE DEFENDANT:  Yes, Your Honor.

18             THE COURT:  All right.

19             Now, sir, just like your criminal history, that

20  offense level of 26, that at this point in time is just an

21  estimate, because the Probation Office will also make a

22  recommendation to me as to what the offense level should be,

23  and ultimately it's my determination as to what the offense

24  level will be in this case.  Do you understand that?

25             THE DEFENDANT:  Yes, Your Honor.

1          THE COURT:  And if the offense level turns out to

2   be greater than 26, that would not be a basis to withdraw

3   your plea?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  Okay.

6          Based then upon a Criminal History Category of I

7   and an offense level of 26, do you understand, Mr. Wilson,

8   that the Guidelines in this case are 63 months to 78 months

9   of incarceration?

10          THE DEFENDANT:  Yes, Your Honor.

11          THE COURT:  And a fine range of 25,000 to

12   $250,000?

13          THE DEFENDANT:  Yes, Your Honor.

14          THE COURT:  And, as a result, because I've told

15   you that the sort of component parts here estimates -- the

16   guidelines themselves are estimates, too, Mr. Wilson, and

17   ultimately the decision in this case about what the

18   Guidelines are is my decision.  Do you understand that, sir?

19          THE DEFENDANT:  Yes, Your Honor.

20          THE COURT:  And I'm not bound by the parties'

21   estimate of that decision at this point?

22          THE DEFENDANT:  Yes, Your Honor.  Understand.

23   Yes, sir.

24          THE COURT:  And if it turns out that I believe

25   that a higher Guidelines Range is applicable, that's not a

1   basis for you to withdraw your plea.  Is that understood?

2          THE DEFENDANT:  Yes, Your Honor.

3          THE COURT:  Okay.

4          A couple of other things about what you've agreed

5   to.

6          You've agreed, as part of this plea, that you will

7   not ask for an offense level that is different than the 29.

8   Do you understand that, sir?

9          THE DEFENDANT:  Yes, Your Honor.

10         THE COURT:  Both parties have, however, reserved

11  the right to argue for a different criminal history score?

12         THE DEFENDANT:  Yes, Your Honor.

13         THE COURT:  Both parties have also reserved the

14  right in this case to ask for either an upward or downward

15  departure of the estimated Guidelines Range.  Now, what that

16  means is that say hypothetically the Guidelines Range is

17  63 to 78 months, you have reserved the right to ask for a

18  lower Guidelines Range.  Do you understand that?

19         THE DEFENDANT:  Yes, Your Honor.

20         THE COURT:  And likewise, the government has

21  reserved the right to ask for a greater Guidelines Range.

22  Do you understand that, sir?

23         THE DEFENDANT:  Yes, Your Honor.

24         THE COURT:  Now, of particular importance to you,

25  Mr. Wilson, is a guideline departure, a downward departure,

 1    for substantial cooperation.  It's what's called a 5K1.1

 2    motion.

 3              Now, do you understand, Mr. Wilson, that if you

 4    don't fully cooperate with the government, that the

 5    government will be relieved of its obligation under this

 6    agreement to make a downward departure motion under 5K1.1.

 7    Is that understood?

 8              THE DEFENDANT:  Yes, Your Honor.

 9              THE COURT:  And do you understand, Mr. Wilson,

10    that the decision whether to make such a motion for

11    departure, that is, a reduction in the Guidelines, that is

12    entirely up to the government.  Do you understand that?

13              THE DEFENDANT:  Yes, Your Honor.

14              THE COURT:  And that if for whatever reason the

15    government says, no, you're not going to be able to come to

16    me and say, look, the government is wrong, I have

17    substantially cooperated, I'm not going to be in a position

18    to do that?

19              THE DEFENDANT:  Yes, Your Honor.

20              THE COURT:  Okay.

21              Now, if that's what happens, Mr. Wilson, for

22    whatever reason the government believes you have not

23    substantially cooperated and they don't file a motion to

24    reduce your Guidelines, that's not a basis to withdraw your

25    plea.  Do you understand that, sir?

1                    THE DEFENDANT:  Yes, Your Honor.

2                    THE COURT:  And finally, Mr. Wilson, the ultimate

3    decision about whether to grant the motion, that's actually

4    my decision.  Even though the government has to make the

5    motion, the decision whether to grant it, that's my

6    decision.

7                    Now, if I don't grant if for whatever reason,

8    do you understand that that would not be a basis to withdraw

9    your plea, sir?

10                   THE DEFENDANT:  Yes, Your Honor.

11                   THE COURT:  Okay.

12                   All right.  Now, do you understand, Mr. Wilson,

13   that the government in this case has made no promise to you

14   about what sentence it will seek?

15                   THE DEFENDANT:  That's correct, yes, Your Honor.

16                   THE COURT:  And the government has in this case

17   actually reserved the right to ask for a sentence that's

18   above the Guidelines Range.  Do you understand that?

19                   THE DEFENDANT:  I understand that, yes,

20   Your Honor.

21                   THE COURT:  And likewise, you've reserved the

22   right to ask for a sentence below the Guidelines Range.

23   Is that understood?

24                   THE DEFENDANT:  Yes, Your Honor.

25                   THE COURT:  Because, Mr. Wilson, in addition to

```
 1    the Guidelines, I am required to consider a whole host of
 2    statutory factors at the time of sentencing.  Among other
 3    things, I'll consider your background, education, work
 4    history, family history, anything that you think might be
 5    relevant for me to consider at sentencing.  Do you
 6    understand that?
 7            THE DEFENDANT:  Yes, Your Honor.
 8            THE COURT:  Likewise, the government can bring
 9    forward any information they'd like for me to consider,
10    including your conduct in connection with this case, as well
11    as the degree to which you've cooperated.  Do you understand
12    that, sir?
13            THE DEFENDANT:  I understand that, yes,
14    Your Honor.
15            THE COURT:  And I'll take all of that into
16    consideration, all of that, particularly your background
17    will be written up in a presentence report, and I'll
18    consider all of those factors, as well as the Guidelines, in
19    determining the ultimate sentence in this case.  Is that
20    understood?
21            THE DEFENDANT:  Yes, that's understood, yes,
22    Your Honor.
23            THE COURT:  All right.
24            Now, Mr. Wilson, has anybody promised you what my
25    sentence will be in this case?
```

1            THE DEFENDANT:  Has anyone promised me?  No,

2   Your Honor.

3            THE COURT:  Okay.  Good, Mr. Wilson, because

4   nobody can promise you what my sentence will be, because

5   that decision is mine and mine alone.  And what that means,

6   Mr. Wilson, is that I can sentence you to below the

7   Guidelines.  Do you understand that?

8            THE DEFENDANT:  Yes, Your Honor.

9            THE COURT:  A within-Guidelines-range sentence?

10           THE DEFENDANT:  Yes, Your Honor.

11           THE COURT:  And I can even sentence you above the

12   Guidelines, up to the statutory maximum penalties.  Is that

13   understood?

14           THE DEFENDANT:  Yes, Your Honor.

15           THE COURT:  All right.

16           And if at the end of the day, Mr. Wilson, for

17   whatever reason you're not satisfied with whatever sentence

18   I impose, you could not then withdraw your plea.  Is that

19   understood?

20           THE DEFENDANT:  That is understood, yes,

21   Your Honor.

22           THE COURT:  All right.

23           Now, Mr. Wilson, in addition to what we've just

24   talked about, I also am required, as part of this

25   plea agreement, to determine an amount of restitution you

1   should pay; that is, an amount to make the victim whole.

2           In this case, you have acknowledged that the

3   damages to the U.S. Capitol building as a result of the

4   events of January the 6th is in the amount of $1.5 million.

5   Do you understand that, sir?

6           THE DEFENDANT:  Yes, Your Honor.

7           THE COURT:  And you've agreed to pay an amount of

8   restitution of $2,000.  Do you understand that, sir?

9           THE DEFENDANT:  I understand that, yes,

10  Your Honor.

11          THE COURT:  Okay.

12          All right.  Let's talk about this other document

13  that's associated with your plea agreement.  It's called the

14  Statement of Offense.  I'm going to hand this document up

15  and ask you to take a look at this 15-page document.

16          All right.  Now, Mr. Wilson, this document titled

17  Statement of Offense that's before you, is that the

18  Statement of Offense that is associated with your

19  plea agreement, sir?

20          THE DEFENDANT:  That's correct, yes, Your Honor.

21          THE COURT:  And on page 15, sir, is that your

22  signature?

23          THE DEFENDANT:  That would be correct, yes,

24  Your Honor.

25          THE COURT:  And, Mr. Wilson, have you read this

1    document or have you had it read to you, sir?

2          THE DEFENDANT:  I have read this document, yes,

3    Your Honor.

4          THE COURT:  And do you have any questions about

5    what this document contains?

6          THE DEFENDANT:  No, Your Honor.

7          THE COURT:  Okay.

8          First thing I'm going to do with respect to this

9    document is, I'm going to ask the prosecutor to rise and

10    announce or state for the record what the elements are of

11    each of these offenses to which you're pleading.  I will

12    then ask you whether you understand the elements of each

13    offense, okay?

14          THE DEFENDANT:  Yes, Your Honor.

15          THE COURT:  Mr. Baset.

16          MR. BASET:  Your Honor, on the charge of seditious

17    conspiracy under 18 U.S.C. 2384, the elements include, one,

18    that two or more persons conspired or agreed to, by force,

19    prevent, hinder, or delay the execution of any law of the

20    United States, and that these two or more individuals of the

21    conspiracy formed or pursued the conspiracy's goals in the

22    United States; and finally, that Mr. Wilson joined in the

23    agreement with awareness of one or more of its unlawful

24    goals.

25          THE COURT:  Okay.

1          Mr. Wilson, do you understand those elements of

2    this charge of seditious conspiracy?

3          THE DEFENDANT:  I understand that, yes,

4    Your Honor.

5          THE COURT:  Okay.

6          With respect to the second charge of interference

7    with an official proceeding?

8          MR. BASET:  Yes, Your Honor.

9          Under that charge, in violation of 18 U.S.C.

10   1512(c)(2), the elements include, one, that Mr. Wilson

11   attempted to and did obstruct, influence, and impede an

12   official proceeding, and that Mr. Wilson acted corruptly in

13   doing so.

14         THE COURT:  Okay.

15         Mr. Wilson, do you understand those elements, sir?

16         THE DEFENDANT:  Yes, Your Honor.

17         THE COURT:  Okay.

18         Now, this Statement of Offense document,

19   Mr. Wilson, describes the conduct that is the basis for your

20   plea; is that correct?

21         THE DEFENDANT:  That's correct, yes, Your Honor.

22         THE COURT:  And does this document fairly and

23   accurately describe your conduct that is the basis for your

24   plea, sir?

25         THE DEFENDANT:  Yes, Your Honor.

```
 1              THE COURT:  All right.

 2              Now I'm just going to go over some of what this

 3    document says; I'm not going to go over all of it, okay?

 4              So let me just start with paragraph 3 and just ask

 5    you whether you agree with the following statement that,

 6    after the Presidential election, that you, Mr. Rhodes, and

 7    others conspired to oppose by force the lawful transfer of

 8    Presidential power?

 9              THE DEFENDANT:  Yes, Your Honor.

10              THE COURT:  Paragraph 4 states that you agreed to

11    take part in a plan developed by Mr. Rhodes and others,

12    including regional leaders, to stop the lawful transfer of

13    Presidential power by January 20th by deploying force to

14    prevent, hinder, and delay the execution of the laws of the

15    United States governing the transfer of Presidential power.

16              Did you engage in such conduct, sir?

17              THE DEFENDANT:  Yes, Your Honor.

18              THE COURT:  I'm going ask you to turn to

19    paragraph 8, which states that on November 9th of 2020,

20    you were present at a meeting during which Mr. Rhodes

21    outlined a plan to stop the lawful transfer of power,

22    including preparations for the use of force, and urge those

23    listening to participate, "You are from Oath Keepers.

24    You've got a responsibility and duty.  You raised your

25    frickin' right hand.  You swore that oath.  You've got to
```

1    fight."

2              Is that accurate, sir?

3              THE DEFENDANT:  That is accurate, yes, sir.

4              THE COURT:  All right.

5              Let's turn to paragraph 19, sir.  That indicates

6    that you drove to the District of Columbia from

7    North Carolina on January the 5th.  It also indicates that

8    on that trip, you brought with you an AR-15 style rifle, a

9    9-millimeter pistol, approximately 200 rounds of ammunition,

10   body armor, a camouflage combat uniform, pepper spray, a

11   large walking stick intended for use as a weapon, and a

12   pocket knife.  Is that accurate, sir?

13             THE DEFENDANT:  Yes, Your Honor.

14             THE COURT:  All right.

15             Paragraph 21 in the last sentence states as

16   follows:  That you believe that if told, if called upon, the

17   QRF, or quick reaction force, would provide firearms or

18   cover to co-conspirators such as himself operating inside

19   the District of Columbia; is that correct?

20             THE DEFENDANT:  Yes, Your Honor.

21             THE COURT:  All right.

22             Paragraph 22 states that, in advance of

23   January 6th, you, on multiple occasions, heard Mr. Rhodes

24   discuss the potential need for Mr. Rhodes and

25   co-conspirators to engage in force, up to and including

```
1   lethal violence, in order to stop the transfer of power.
2   With this understanding, you agreed to take part in a plan
3   developed by Mr. Rhodes to use any means necessary, up to
4   and including the use of force, to achieve this objective.
5   Is that correct, sir?
6             THE DEFENDANT:  Correct, yes, Your Honor.
7             THE COURT:  Okay.
8             Paragraph 33 indicates that on January the 6th at
9   around 2:34 p.m., that you entered the Capitol with the goal
10  of disturbing the congressional proceeding and gathering
11  intelligence; that you took these actions in furtherance of
12  the conspiracy to oppose by force the execution of laws
13  governing the transfer of Presidential power; and in order
14  to prevent, hinder, and delay the certification of
15  President-Elect Joseph R. Biden as the President of the
16  United States.
17            At that a correct statement, sir?
18            THE DEFENDANT:  Yes, Your Honor.
19            THE COURT:  And you engaged in that conduct?
20            THE DEFENDANT:  Yes, Your Honor.
21            THE COURT:  All right.
22            Just a couple more of these paragraphs, sir.
23            By entering the Capitol building -- this is
24  paragraph 40 -- you've stated in here that, by entering the
25  Capitol building on January the 6th, as well as other
```

1    actions, that you intended to influence or affect the

2    conduct of the United States Government by intimidation or

3    coercion.  Is that correct, sir?

4              THE DEFENDANT:  Yes, Your Honor.

5              THE COURT:  And that you accomplished this intent

6    by intimidating and coercing government personnel who were

7    participating in or supporting the congressional proceeding,

8    including members of Congress, congressional staff, and law

9    enforcement officers with the Capitol Police.  Is that

10   accurate?

11             THE DEFENDANT:  Yes, Your Honor.

12             THE COURT:  All right.

13             And then the final -- or the second-to-last

14   paragraph I want to ask you about is paragraph 44, and it

15   reads as follows -- and I'll ask you to confirm the accuracy

16   of this paragraph:

17             That "At the Phoenix hotel" -- this was late in

18   the afternoon of January the 6th -- "that Mr. Rhodes

19   gathered with you and other co-conspirators inside a private

20   suite.  Mr. Rhodes then called an individual over a

21   speakerphone.  You heard Mr. Rhodes repeatedly implore the

22   individual to tell President Trump to call upon groups like

23   the Oath Keepers to forcibly oppose the transfer of power.

24   The individual on the telephone denied Mr. Rhodes' request

25   to speak directly with President Trump.  And that after the

1   call ended, Mr. Rhodes stated to the group, 'I just want to

2   fight.'"  Is all of that accurate, sir?

3            THE DEFENDANT:  That is accurate, yes, Your Honor.

4            THE COURT:  And then finally in paragraph 52, sir,

5   you have admitted that in late January of 2021, that you

6   intentionally discarded your only cell phone into the

7   Atlantic Ocean to prevent law enforcement from discovering

8   incriminating evidence about your participation in the

9   conspiracy; is that correct, sir?

10           THE DEFENDANT:  Correct, Your Honor.

11           THE COURT:  So let's put that document aside,

12  Mr. Wilson.

13           Let's now talk then, before we get to your rights,

14  let me just ask you.

15           Now, we've talked about the plea agreement, we've

16  talked about the Statement of Offense.  Other than the

17  promises that we've talked about here today and the promises

18  that are contained in this plea agreement, has anybody else

19  made any other promises to you to get you to plead guilty,

20  sir?

21           THE DEFENDANT:  No, Your Honor, they have not.

22           THE COURT:  Let's talk then, Mr. Wilson, about the

23  rights you are giving up by pleading guilty.

24           At the beginning, do you understand that you do

25  not -- are not required to plead guilty and that you have a

 1   right to go to trial on the charges if you wish?

 2            THE DEFENDANT:  Yes, Your Honor.

 3            THE COURT:  Now, Mr. Wilson, you're pleading to

 4   what's called an information, okay?  That's just a way of

 5   charging you.  However, because you are pleading to a

 6   felony, you have a right to be indicted by a grand jury.

 7   Do you understand that?

 8            THE DEFENDANT:  Correct, Your Honor.

 9            THE COURT:  And a grand jury, Mr. Wilson, is a

10   group of citizens who would listen to the evidence and they

11   would make a determination whether there was probable cause

12   to charge you with these offenses.  Do you understand that?

13            THE DEFENDANT:  I understand that, Your Honor.

14            THE COURT:  By entering this plea, however,

15   Mr. Wilson, you're giving up your right to be charged by

16   grand jury indictment.  Is that understood?

17            THE DEFENDANT:  That's understood, Your Honor.

18            THE COURT:  Now, if you went to trial, Mr. Wilson,

19   do you understand you would be presumed innocent at a trial?

20            THE DEFENDANT:  I understand that, Your Honor.

21            THE COURT:  And it would be the government's

22   burden to prove your guilt beyond a reasonable doubt, and

23   they would have to convince 12 jurors unanimously to convict

24   you.  Do you understand that?

25            THE DEFENDANT:  I understand that, Your Honor.

1          THE COURT:  By entering this plea, however, you're

2   giving up your right to be presumed innocent?

3          THE DEFENDANT:  Yes, Your Honor.

4          THE COURT:  And you're giving up your right to

5   have the government bear the burden of proving your guilt

6   beyond a reasonable doubt and convince 12 jurors to convict

7   you unanimously.  Is that understood?

8          THE DEFENDANT:  That's understood, yes,

9   Your Honor.

10          THE COURT:  If you went to trial, Mr. Wilson, you

11   would have a right to have a lawyer with you.  Your lawyers

12   would be present.  Among other things they would do is they

13   would make motions, they'd object to the evidence the

14   government is presenting, and they would question the

15   government's witnesses.  Do you understand that?

16          THE DEFENDANT:  I understand that, Your Honor.

17          THE COURT:  By entering this plea, however, you

18   are giving up your right to have counsel represent you at

19   trial.  Do you understand?

20          THE DEFENDANT:  I understand that, Your Honor.

21          THE COURT:  You also would have the right to

22   present a defense at trial.

23          What that means is that with the assistance of

24   your counsel, you could put on witnesses or evidence that

25   you believe would convince the ladies and gentlemen of the

1    jury that you are not guilty of the offenses with which you

2    are charged.

3                THE DEFENDANT:  I understand that, Your Honor.

4                THE COURT:  By entering this plea, however, you

5    are giving up your right to put on a defense.  Is that

6    understood?

7                THE DEFENDANT:  That's understood, Your Honor.

8                THE COURT:  You also, Mr. Wilson, would have the

9    right to testify at a trial.  That means you could get up

10   here on the witness stand and explain to the ladies and

11   gentlemen of the jury why you should not be found guilty of

12   the offenses with which you are charged.  Do you understand?

13               THE DEFENDANT:  I understand that, Your Honor.

14               THE COURT:  However, nobody could compel you to

15   take the witness stand, Mr. Wilson.  And if you decided to

16   remain silent, I would instruct the jury that that silence

17   could not be used against you.

18               THE DEFENDANT:  Correct, yes, Your Honor.

19               THE COURT:  However, by entering this plea today,

20   Mr. Wilson, you're giving up your right to testify.

21   Do you understand that?

22               THE DEFENDANT:  I understand that, Your Honor.

23               THE COURT:  And you are also giving up your right

24   to have the jury instructed that the decision not to testify

25   could not be used against you?

1          THE DEFENDANT:  I understand that, Your Honor.

2          THE COURT:  Okay.

3          Now, Mr. Wilson, if you were found guilty

4   following a trial, you would have the right to an appeal.

5   There is a court called the D.C. Circuit.  It is a higher

6   court.  It would review these entire proceedings, both

7   before, during, and after trial.  And what they would do is

8   determine whether I made any mistakes that might grant you a

9   new trial or some other relief.  Do you understand that?

10          THE DEFENDANT:  I understand that, Your Honor.

11          THE COURT:  And if you could not afford a lawyer

12   for purposes of such an appeal, one would be appointed for

13   you.  Do you understand that, sir?

14          THE DEFENDANT:  I understand that, Your Honor.

15          THE COURT:  By entering this plea, however, sir,

16   you're giving up your right to a trial following -- excuse

17   me -- you're giving up your right to an appeal following a

18   trial, as well as the right to have a lawyer appointed for

19   you for such an appeal.  Do you understand?

20          THE DEFENDANT:  I understand that, Your Honor.

21          THE COURT:  Now, as part of this plea, sir, you

22   are also giving up your right, as part of an appeal, to

23   argue that the statutes to which you are pleading are

24   unconstitutional.  Do you understand that?

25          THE DEFENDANT:  I understand that, Your Honor.

1          THE COURT:  And you are agreeing not to raise on
2   appeal that the conduct to which you are -- the conduct to
3   which you are admitting does not fall within the scope of
4   the statutes to which you are pleading guilty?
5          THE DEFENDANT:  I understand that, Your Honor.
6          THE COURT:  Now, do you understand, Mr. Wilson,
7   that there are currently motions pending before me that
8   challenge whether the charges in the cases against some of
9   your co-conspirators fall within the scope of the statute.
10  Do you understand that?
11         THE DEFENDANT:  I understand that, Your Honor.
12         THE COURT:  And those motions have not been
13  decided by me.  Do you understand that, sir?
14         THE DEFENDANT:  Yes, sir, I understand that.
15         THE COURT:  And you're prepared to enter a plea
16  before those motions are decided.
17         THE DEFENDANT:  I understand that, Your Honor,
18  yes, sir.
19         THE COURT:  Okay.
20         All right.  In addition to waiving your right to
21  appeal, you also would have the right to appeal a sentence,
22  Mr. Wilson.  And what that means is that at sentencing,
23  I may make various legal determinations, I conduct the
24  sentencing in a particular way, and the ultimate sentence.
25  All of that could be contested and challenged on appeal.

1    Do you understand that?

2                THE DEFENDANT:  I understand that, Your Honor.

3                THE COURT:  Be entering this plea, however, you

4    are giving up your right to appeal your sentence, with a

5    couple of exceptions:  You are still reserving your right to

6    appeal any sentence that's above the statutory maximum

7    penalties or any sentence that's above the Guidelines Range.

8    Do you understand that, sir?

9                THE DEFENDANT:  I understand that, Your Honor.

10               THE COURT:  All right.

11               You also have, as part of this plea, preserved

12   your right to raise on appeal that you have not received

13   effective assistance from your counsel either in connection

14   with your plea or at sentencing.  Do you understand that?

15               THE DEFENDANT:  Yes, sir.  Yes, Your Honor.

16               THE COURT:  All right.  We're almost at the end,

17   Mr. Wilson.

18               Finally -- not finally.  As part of this plea, you

19   are also giving up what is called the right to file a

20   collateral attack of your conviction and sentence.

21               Collateral attack is a motion you could file after

22   you're sentenced in which you argue that something was

23   fundamentally wrong with these proceedings or for some other

24   reason that your conviction and sentence should be vacated.

25   Do you understand that?

1          THE DEFENDANT:  I understand that, Your Honor.

2          THE COURT:  By entering this plea, however, you're

3    giving up your right to file a collateral attack, with a

4    couple of exceptions:  You're still reserving your right to

5    file a collateral attack based upon newly discovered

6    evidence or on the ground that you've not received effective

7    assistance of counsel either in connection with this plea or

8    in connection with your sentencing.  Is that understood?

9          THE DEFENDANT:  That's understood, yes, sir,

10   Your Honor.

11         THE COURT:  All right.

12         Finally, Mr. Wilson, if I accept your plea, do you

13   understand that you may be deprived of valuable civil

14   rights, such as the right to vote, the right to hold certain

15   jobs, the right to serve on a jury, and the right to possess

16   a firearm?

17         THE DEFENDANT:  Correct, Your Honor.

18         THE COURT:  Okay.

19         Understanding then all the rights that you are

20   giving up by pleading guilty, that is, your grand jury

21   right, trial rights, appeal rights, post-conviction rights,

22   as well as the civil liberties that you may be deprived of,

23   do you still wish to plead guilty, sir?

24         THE DEFENDANT:  Yes, Your Honor.

25         THE COURT:  Do you have any questions about what

1    rights you are giving up or anything else in connection with

2    this guilty plea?

3                 THE DEFENDANT:  No, Your Honor.

4                 THE COURT:  Are you pleading guilty because you

5    are, in fact, guilty, Mr. Wilson?

6                 THE DEFENDANT:  I'm sorry, can you repeat that,

7    please?

8                 THE COURT:  Are you pleading guilty, sir, because

9    you are, in fact, guilty?

10                THE DEFENDANT:  Yes, Your Honor.

11                THE COURT:  And has anybody forced you, threatened

12   you, or coerced you in any way to get you to plead guilty,

13   sir?

14                THE DEFENDANT:  No, Your Honor.

15                THE COURT:  All right.

16                Then on Count 1 of the information charging with

17   you seditious conspiracy, how do you plead?

18                THE DEFENDANT:  Guilty, Your Honor.

19                THE COURT:  And on Count 2 charging you with

20   obstruction of an official proceeding, how do you plead?

21                THE DEFENDANT:  Guilty, Your Honor.

22                THE COURT:  All right.

23                Are there any questions I didn't ask of Mr. Wilson

24   that I should have?

25                MR. BASET:  No, Your Honor.

```
 1              MR. WILLIS:  No, Your Honor.

 2              THE COURT:  Okay.

 3              I am then satisfied that Mr. Wilson understands

 4   his rights and what he is waiving and agreeing to plead

 5   guilty.  I find that he's entering his plea voluntarily.

 6   I find that there is a factual basis for the plea, and,

 7   therefore, I accept Mr. Wilson's plea and find him guilty of

 8   Count 1 of seditious conspiracy, in violation of 18 U.S.C.

 9   2384, and then Count 2 of the information, which charges him

10   with obstruction of an official proceeding, in violation of

11   18 U.S.C. 1512(c)(2).

12              All right.  Why doesn't everyone have a seat and

13   we'll talk about next steps.

14              All right.  I assume that we will be deferring

15   sentencing in this case?

16              MR. BASET:  Yes, Your Honor.

17              THE COURT:  Okay.

18              Mr. Wilson, what that means is, and I'm sure your

19   lawyers have explained this to you, is that we're not going

20   to set a sentencing date today.  However, because we are

21   together, I just want to tell you a few things, which is,

22   you'll remember I talked to you about this Presentence

23   Report that will be prepared.  You'll be asked to sit for an

24   interview with a probation officer, who will ask you a whole

25   host of questions about your background, among other things.
```

```
1    During that interview, you can have your lawyers present
2    with you if you wish.  Do you understand that?
3              THE DEFENDANT:  Yes, Your Honor.
4              THE COURT:  You will have the opportunity to
5    review that report before it is submitted me to and
6    finalized.  Is that understood?
7              THE DEFENDANT:  Yes, Your Honor.
8              THE COURT:  And finally, Mr. Wilson, through your
9    counsel, you'll be able to present anything that you would
10   like for me to consider in connection with sentencing, and
11   you may address me at sentencing as well.  Is that
12   understood?
13             THE DEFENDANT:  Yes, Your Honor.
14             THE COURT:  Okay.
15             All right.  So we will hold off on setting a
16   sentencing date.
17             What's being requested in terms of conditions of
18   release?
19             MR. BASET:  Your Honor, we would be requesting
20   that Mr. Wilson be released on his own personal
21   recognizance.
22             We would ask that he surrender his passport; that
23   he relinquish any firearms in his possession and agree not
24   to possess any during the duration of this case.
25             In addition, that he continue or engage in any
```

```
 1   sort of mental health treatment as deemed necessary by
 2   Pretrial -- or, rather, by Probation.
 3           And that any travel actually be cleared with
 4   Probation before he engages in it.
 5               THE COURT:  And travel outside of what?
 6               MR. BASET:  Outside of North Carolina.
 7               THE COURT:  Okay.
 8           And do, what, weekly reporting?  Monthly?
 9   Is there a reporting request?
10               MR. BASET:  Weekly by telephone or as deemed
11   necessary by Probation.
12               THE COURT:  Okay.
13               MR. BASET:  We'd also ask that his probation
14   matter be also handled by officials in North Carolina.
15               THE COURT:  Okay.
16           All right.  So we'll release Mr. Wilson on his
17   personal recognizance subject to the following condition:
18   He must surrender any passports --
19               PRETRIAL SERVICES OFFICER:  Your Honor, may
20   Pretrial be heard before you proceed?
21               THE COURT:  Yes, of course.
22               PRETRIAL SERVICES OFFICER:  Your Honor,
23   I apologize.  Pretrial's network has been down since
24   Saturday, so that's why the Court does not have a report.
25           But Mr. Wilson has cooperated, he did complete his
```

1    Pretrial Services interview this morning with his attorney,

2    Mr. Willis.

3            In addition to what the government is requesting,

4    I have contacted the Northern District of -- I'm sorry, the

5    Eastern District of North Carolina, who will accept courtesy

6    supervision.  We ask that he be ordered to report as

7    directed.  Some offices are not fully open, so they will

8    determine his reporting.  We also ask that he stay away from

9    the District of Columbia unless he's meeting with his

10   attorneys for court or Pretrial purposes.

11           He advised me this morning that he is

12   participating in mental health services, so that he continue

13   to participate in mental health services and sign any

14   necessary releases of information so that the Probation

15   Department can obtain compliance.

16           And in reference to the firearms, Your Honor, if

17   he has any --

18           THE COURT:  I'm sorry, in reference to the what?

19           PRETRIAL SERVICES OFFICER:  Firearms, if he has

20   any in his possession, he needs to transfer those to a

21   third-party person and provide proof to the Eastern District

22   of North Carolina that they have been transferred, and

23   comply with all courtesy supervision as required by

24   North Carolina.

25           And I believe the AUSA stated Probation to approve

```
1   travel.  We would ask that Probation can approve any travel

2   outside of that jurisdiction, but any continental -- any

3   travel outside the continental U.S. must be approved by the

4   Court.

5                THE COURT:  Okay.

6                Is that acceptable to the government?

7                MR. BASET:  It is.

8                THE COURT:  Okay.

9                All right.

10               So make sure I got all these conditions.

11               So, as I said, Mr. Wilson will be released on his

12  personal recognizance.  He'll be required to surrender any

13  passports.  He also will be required to surrender to

14  Pretrial Services in the Eastern District of North Carolina

15  any guns or other weapons that he may possess.  And he shall

16  not possess any guns or other weapons during the pendency of

17  this case, any guns that -- I think I misspoke.  Any guns

18  that he may have have to be turned over to a third party,

19  not necessarily Pretrial Services, I misspoke, so to a third

20  party.

21               You shall continue mental health treatment as

22  directed by Pretrial Services.

23               You may travel within the United States with the

24  approval of Pretrial Services, but any travel outside the

25  United States must be approved by me.
```

1          You shall report as directed to Pretrial Services

2   in the Eastern District of North Carolina.

3          And then you shall stay away from the District of

4   Columbia except for court proceedings, meetings with counsel

5   or the government, or any Pretrial Services obligations,

6   okay?

7          All right.  Anything else we need to take up while

8   we are together?

9          MR. BASET:  I'll just note for the record,

10  Your Honor, the government and the defense do intend to file

11  a Joint Status Report with Your Honor on August 19th, 2022.

12          THE COURT:  Okay.  Terrific.  Thank you.

13          All right.  Other than that, anything further for

14  the defense?

15          MR. WILLIS:  Nothing further for the defendant.

16          THE COURT:  All right.

17          Thank you, all, very much.

18          Mr. Wilson, be well, and do not wait for me.

19          Thanks, everybody.

20          COURTROOM DEPUTY:  The Court stands in recess.

21          (Proceedings concluded at 3:45 p.m.)

22

23

24

25

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__May 13, 2022_____     _____

           William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [6] 3/2 3/6
4/19 6/6 6/8 44/20
MR. BASET: [12] 4/2
7/21 24/16 25/8 38/25
39/16 40/19 41/6 41/10
41/13 43/7 44/9
MR. WILLIS: [6] 3/19
4/9 5/6 7/22 39/1 44/15
PRETRIAL SERVICES
OFFICER: [3] 41/19
41/22 42/19
THE COURT: [159]
THE DEFENDANT:
[138]

$

$1.5 [1] 23/4
$1.5 million [1] 23/4
$100 [2] 13/3 13/23
$2,000 [1] 23/8
$200 [1] 13/24
$250,000 [3] 12/13
13/10 17/12

'

'I [1] 30/1
'I just [1] 30/1

1

11/26/1976 [1] 6/17
12 [2] 31/23 32/6
12th [1] 6/19
13 [1] 45/7
14 [2] 15/12 15/25
15 [2] 23/21 27/8
15-page [1] 23/15
1512 [4] 5/2 8/18 25/10
39/11
152 [3] 1/4 3/7 4/21
18 [2] 4/24 5/1
18 U.S.C [4] 24/17 25/9
39/8 39/11
18 United States [2]
8/15 8/17
19 [1] 27/5
1976 [1] 6/17
19th [1] 44/11

2

20 [1] 12/10
20 years [1] 13/8
200 [2] 2/4 27/9
20001 [1] 2/10
202 [2] 1/16 2/10
2020 [1] 26/19
2021 [1] 30/5
2022 [3] 1/5 44/11 45/7
20530 [1] 1/16
20th [1] 26/13
21 [1] 27/15
22 [1] 27/22
22-152 [3] 1/4 3/7 4/21
2384 [4] 4/24 8/15
24/17 39/9
25,000 [1] 17/11
252-7097 [1] 1/16

17/7
27603 [1] 2/4
29 [4] 15/23 16/10
16/13 18/7
2:34 [1] 28/9

3

3249 [1] 2/10
33 [1] 28/8
333 [1] 2/9
354-3249 [1] 2/10
3:06 [1] 1/6
3:45 [1] 44/21

4

40 [1] 28/24
4209 [1] 1/15
44 [1] 29/14

5

52 [1] 30/4
530 [1] 2/3
555 [1] 1/15
5K1.1 [2] 19/1 19/6
5th [1] 27/7

6

63 [1] 17/8
63 to [1] 18/17
6th [5] 23/4 27/23 28/8
28/25 29/18

7

7097 [1] 1/16
747-8380 [1] 2/5
78 [2] 17/8 18/17

8

8380 [1] 2/5

9

9-millimeter [1] 27/9
919 [1] 2/5
9th [1] 26/19

A

ability [1] 7/7
able [2] 19/15 40/9
about [25] 8/6 9/11
10/13 10/21 11/4 12/5
14/8 15/8 17/17 18/4
20/3 20/14 22/24 23/12
24/4 29/14 30/8 30/15
30/16 30/17 30/22
37/25 39/13 39/22
39/25
above [5] 20/18 22/11
36/6 36/7 45/4
above-titled [1] 45/4
accept [4] 5/14 37/12
39/7 42/5
acceptable [1] 43/6
acceptance [1] 16/15
accomplished [1] 29/5
accounting [1] 12/1
accuracy [1] 29/15
accurate [6] 27/2 27/3
27/12 29/10 30/2 30/3

25/23
achieve [1] 28/4
acknowledged [1]
23/2
acted [1] 25/12
actions [3] 10/14 28/11
29/1
actually [3] 20/3 20/17
41/3
addition [5] 20/25
22/23 35/20 40/25 42/3
additional [6] 15/15
15/17 15/18 16/2 16/3
16/5
address [1] 40/11
adjusted [2] 15/23
16/10
admitted [1] 30/5
admitting [1] 35/3
advance [1] 27/22
advised [1] 42/11
affect [2] 7/7 29/1
afford [1] 34/11
after [4] 26/6 29/25
34/7 36/21
afternoon [5] 3/4 3/6
3/13 3/14 29/18
against [7] 4/15 10/16
10/18 11/19 33/17
33/25 35/8
agree [2] 26/5 40/23
agreed [12] 10/7 10/11
10/15 11/5 11/21 11/25
18/4 18/6 23/7 24/18
26/10 28/22
agreeing [3] 10/4 35/1
39/4
agreement [21] 1/9
3/23 5/17 8/23 8/24 9/2
9/5 9/18 9/22 10/8
10/21 10/23 11/1 11/5
19/6 22/25 23/13 23/19
24/23 30/15 30/18
Ahmed [2] 1/13 3/9
ahmed.baset [1] 1/17
aided [2] 2/12
all [61]
All right [8] 5/13 7/23
22/15 23/16 26/1 27/21
36/16 37/11
almost [1] 36/16
alone [1] 22/5
also [22] 10/11 11/17
11/21 11/25 12/18
12/23 13/2 16/21 18/13
22/24 27/7 32/21 33/8
33/23 34/22 35/21
36/11 36/19 41/13
41/14 42/8 43/13
am [4] 10/5 21/1 22/24
39/3
AMERICA [2] 1/3 3/8
AMIT [2] 1/10 3/3
Amit P [1] 3/3
ammunition [1] 27/9
among [4] 11/8 21/2
32/12 39/25

23/4 23/7
announce [2] 4/14
24/10
another [1] 11/4
answer [1] 5/24
answered [1] 9/12
any [49]
anybody [3] 21/24
30/18 38/11
anyone [1] 22/1
anything [7] 4/4 6/24
21/4 38/1 40/9 44/7
44/13
apologize [1] 41/23
appeal [13] 34/4 34/12
34/17 34/19 34/22 35/2
35/21 35/21 35/25 36/4
36/6 36/12 37/21
APPEARANCES [2]
1/12 1/18
appearing [1] 3/11
applicable [1] 17/25
applies [1] 15/9
appointed [2] 34/12
34/18
approach [1] 4/9
approval [1] 43/24
approve [2] 42/25 43/1
approved [2] 43/3
43/25
approximately [1] 27/9
AR [1] 27/8
AR-15 [1] 27/8
are [57]
argue [3] 18/11 34/23
36/22
armor [1] 27/10
around [1] 28/9
arraign [1] 4/13
arraigned [1] 4/6
arraignment [2] 5/5 5/7
as [48]
aside [1] 30/11
ask [27] 3/22 5/15 5/20
6/4 8/23 9/15 18/7
18/14 18/17 18/21
20/17 20/22 23/15 24/9
24/12 26/4 26/18 29/14
29/15 30/14 38/23
39/24 40/22 41/13 42/6
42/8 43/1
asked [2] 5/20 39/23
Assessment [2] 13/3
13/23
assets [1] 11/23 12/1
assistance [3] 32/23
36/13 37/7
associated [4] 12/7
14/3 23/13 23/18
assume [1] 39/14
Atlantic [1] 30/7
attack [4] 36/20 36/21
37/3 37/5
attempted [1] 25/11
attorney [1] 42/1
ATTORNEY'S [2] 1/14
10/22

attorneys [1] 42/10
August [1] 44/11
AUSA [1] 1/14
Avenue [1] 2/9
aware [3] 3/24 7/13
10/22
awareness [1] 24/23
away [2] 42/8 44/3

B

back [1] 9/16
background [5] 14/25
14/25 21/3 21/16 39/25
Barrett [1] 2/9
Base [2] 15/11 15/25
based [4] 7/24 14/11
17/6 37/5
Baset [3] 1/13 3/9
24/15
basis [8] 15/4 17/2
18/1 19/24 20/8 25/19
25/23 39/6
be [55]
bear [1] 32/5
because [12] 6/10 9/21
14/10 16/21 17/14
20/25 22/3 22/4 31/5
38/4 38/8 39/20
been [8] 3/15 3/25 4/22
9/12 10/20 35/12 41/23
42/22
before [15] 1/10 3/21
4/5 5/24 6/3 10/21 11/8
23/17 30/13 34/7 35/7
35/16 40/5 41/4 41/20
beginning [1] 30/24
behalf [1] 4/16
being [1] 40/17
believe [5] 14/16 17/24
27/16 32/25 42/25
believes [1] 19/22
below [2] 20/22 22/6
beyond [2] 31/22 32/6
Biden [1] 28/15
birth [1] 6/16
body [1] 27/10
born [1] 8/2
both [6] 10/10 10/10
16/9 18/10 18/13 34/6
bound [2] 9/23 17/20
bring [3] 10/16 10/18
21/8
brought [1] 27/8
building [3] 23/3 28/23
28/25
burden [2] 31/22 32/5

C

calculations [1] 3/25
call [2] 29/22 30/1
called [9] 4/13 14/18
19/1 23/13 27/16 29/20
31/4 34/5 36/19
camouflage [1] 27/10
can [10] 6/4 11/19 21/8
22/4 22/6 22/11 38/6
40/1 42/15 43/1
capable [1] 8/1

**C**

**Capitol [5]** 23/3 28/9 28/23 28/25 29/9
**Carolina [8]** 27/7 41/6 41/14 42/5 42/22 42/24 43/14 44/2
**case [21]** 3/7 4/1 4/21 9/2 14/5 14/8 15/9 15/19 16/24 17/8 17/17 18/14 20/13 20/16 21/10 21/19 21/25 23/2 39/15 40/24 43/17
**cases [2]** 3/16 35/8
**category [4]** 14/18 15/4 15/4 17/6
**Category I [2]** 14/18 15/4
**cause [1]** 31/11
**causing [3]** 15/15 16/1 16/1
**cell [1]** 30/6
**certain [1]** 37/14
**certification [1]** 28/14
**Certified [1]** 2/8
**certify [1]** 45/2
**CH [1]** 2/9
**challenge [1]** 35/8
**challenged [1]** 35/25
**chance [1]** 9/9
**charge [5]** 24/16 25/2 25/6 25/9 31/12
**charged [4]** 4/22 31/15 33/2 33/12
**charges [10]** 4/14 8/13 8/16 10/10 10/16 10/18 12/7 31/1 35/8 39/9
**charging [1]** 31/5 38/16 38/19
**Circuit [1]** 34/5
**circumstances [1]** 14/14
**citizens [1]** 31/10
**civil [2]** 37/13 37/22
**cleared [1]** 41/3
**co [4]** 27/18 27/25 29/19 35/9
**co-conspirators [4]** 27/18 27/25 29/19 35/9
**Code [4]** 4/24 5/1 8/15 8/17
**coerced [1]** 38/12
**coercing [1]** 29/6
**coercion [1]** 29/3
**collateral [4]** 36/20 36/21 37/3 37/5
**colloquy [3]** 3/21 4/8 4/17
**COLUMBIA [7]** 1/1 1/14 10/21 27/6 27/19 42/9 44/4
**combat [1]** 27/10
**combine [1]** 16/12
**combined [1]** 16/12
**come [2]** 4/10 19/15
**committed [1]** 10/20
**compel [1]** 33/14
**competence [1]** 7/19
**competent [1]** 8/1

**complete [4]** 12/22 14/24 14/25 41/25
**compliance [1]** 42/15
**comply [1]** 42/23
**component [1]** 17/15
**computer [1]** 2/12
**computer-aided [1]** 2/12
**concluded [1]** 44/21
**condition [1]** 41/17
**conditions [2]** 40/17 43/10
**conduct [10]** 10/16 21/10 25/19 25/23 26/16 28/19 29/2 35/2 35/2 35/23
**confirm [1]** 29/15
**Congress [1]** 29/8
**congressional [3]** 28/10 29/7 29/8
**connection [6]** 21/10 36/13 37/7 37/8 38/1 40/10
**consider [6]** 21/1 21/3 21/5 21/9 21/18 40/10
**consideration [1]** 21/16
**conspiracy [13]** 4/23 8/14 10/9 12/9 15/10 15/23 24/17 24/21 25/2 28/12 30/9 38/17 39/8
**conspiracy's [1]** 24/21
**conspirators [4]** 27/18 27/25 29/19 35/9
**conspired [2]** 24/18 26/7
**Constitution [1]** 2/9
**consult [1]** 5/24
**contacted [1]** 42/4
**contained [1]** 30/18
**contains [1]** 24/5
**contested [1]** 35/25
**continental [2]** 43/2 43/3
**continue [3]** 40/25 42/12 43/21
**CONTINUED [1]** 2/1
**contraband [1]** 11/22
**convict [2]** 31/23 32/6
**conviction [1]** 36/20 36/24 37/21
**convince [1]** 31/23 32/6 32/25
**cooperate [2]** 11/5 19/4
**cooperated [4]** 19/17 19/23 21/11 41/25
**cooperation [4]** 4/1 11/7 11/19 19/1
**copy [1]** 4/20
**correct [22]** 3/18 3/19 5/11 8/18 8/19 11/16 20/15 23/20 23/23 25/20 25/21 27/19 28/5 28/6 28/17 29/3 30/9 30/10 31/8 33/18 37/17 45/3
**corruptly [1]** 25/12

**count [19]** 6/1 22/22 22/18 32/24 33/9 33/14 33/17 33/25 34/11 35/25 36/21
**counsel [12]** 3/13 5/24 7/18 7/25 11/13 11/15 32/18 32/24 36/13 37/7 40/9 44/4
**count [13]** 4/23 4/25 8/14 8/15 10/8 10/9 12/9 13/6 15/10 38/16 38/19 39/8 39/9
**Count 1 [4]** 4/23 8/14 38/16 39/8
**Count 2 [4]** 4/25 8/15 38/19 39/9
**counts [5]** 4/22 8/13 10/10 16/9 16/12
**couple [4]** 18/4 28/22 36/5 37/4
**course [2]** 11/18 41/21 11/22 11/23
**court [12]** 1/1 2/7 2/8 13/3 13/23 34/5 34/6 41/24 42/10 43/4 44/4 44/20
**courtesy [2]** 42/5 42/23
**Courtroom [2]** 4/14 9/16
**cover [1]** 27/18
**CR [1]** 1/4
**crimes [4]** 10/24 11/22 11/22 11/23
**criminal [14]** 3/7 4/21 8/13 10/19 10/19 14/12 14/15 14/17 14/18 15/1 15/3 16/19 17/6 18/11
**CRR [2]** 45/2 45/8
**currently [1]** 35/7

**D**

**D.C [4]** 1/5 1/16 2/10 10/19
**D.C. [1]** 34/5
**D.C. Circuit [1]** 34/5
**damage [2]** 15/15 16/2
**damages [1]** 23/3
**date [6]** 6/16 39/20 40/16 45/7
**day [1]** 22/16
**days [1]** 6/24
**decided [3]** 33/15 35/13 35/16
**decision [10]** 17/17 17/18 17/21 19/10 20/3 20/4 20/5 20/6 22/5 33/24
**deemed [2]** 41/1 41/10
**defendant [5]** 1/7 2/2 3/11 6/7 44/15
**defense [5]** 3/10 32/22 33/5 44/10 44/14
**deferring [1]** 39/14
**degree [1]** 21/11
**delay [3]** 24/19 26/14 28/14
**denied [1]** 29/24
**Department [1]** 42/15

**count [19]** 6/1 18/25 18/25 19/6 19/11
**deploying [1]** 26/13
**deprived [2]** 37/13 37/22
**Deputy [2]** 4/14 9/16
**describe [1]** 25/23
**described [1]** 10/17
**describes [2]** 10/14 25/19
**designed [1]** 5/16
**destruction [1]** 15/19
**determination [2]** 16/23 31/11
**determinations [1]** 35/23
**determine [3]** 22/25 34/8 42/8
**determining [1]** 21/19
**developed [2]** 26/11 28/3
**deviation [1]** 4/2
**deviations [1]** 3/23
**did [5]** 6/18 6/20 25/11 26/16 41/25
**Did you [2]** 6/20 26/16
**didn't [1]** 38/23
**different [2]** 18/7 18/11
**difficult [2]** 6/25 7/14
**difficulty [1]** 7/9
**diploma [1]** 6/20
**directed [3]** 42/7 43/22 44/1
**directly [1]** 29/25
**discarded [1]** 30/6
**discovered [1]** 37/5
**discovering [1]** 30/7
**discuss [2]** 4/4 27/24
**DISTRICT [14]** 1/1 1/1 1/10 1/14 10/20 27/6 27/19 42/4 42/5 42/9 42/21 43/14 44/2 44/3
**disturbing [1]** 28/10
**do [77]**
**do you [18]** 5/3 5/4 6/13 11/7 12/2 13/7 15/10 17/18 20/8 21/11 31/7 31/12 34/13 35/13 36/1 38/17 38/20 40/2
**do you have [2]** 24/4 37/25
**do you understand [9]** 16/6 19/3 19/9 20/12 25/1 30/24 31/19 32/19 35/6
**Do you understand that [1]** 33/21
**document [16]** 9/8 9/11 10/12 10/13 23/12 23/14 23/15 23/16 24/1 24/2 24/5 24/9 25/18 25/22 26/3 30/11
**does [7]** 7/6 7/6 7/18 9/23 25/22 35/3 41/24
**doesn't [1]** 39/12
**doing [1]** 25/13
**don't [7]** 4/10 5/9 5/19 9/21 19/4 19/23 20/7

**doubt [2]** 31/22 32/6
**down [1]** 41/23
**downward [3]** 18/14 18/25 19/6
**drove [1]** 27/6
**drugs [1]** 6/23
**duration [1]** 40/24
**during [6]** 11/18 26/20 34/7 40/1 40/24 43/16
**duty [1]** 26/24
**Dysart [1]** 2/3
**dysartwillis.com [2]** 2/5 2/6

**E**

**each [2]** 24/11 24/12
**earn [1]** 6/20
**Eastern [4]** 42/5 42/21 43/14 44/2
**education [1]** 21/3
**effective [2]** 36/13 37/6
**eight [2]** 15/14 16/1
**either [5]** 5/24 7/18 18/14 36/13 37/7
**Elect [1]** 28/15
**election [1]** 26/6
**electronic [1]** 15/19
**elements [6]** 24/10 24/12 24/17 25/1 25/10 25/15
**else [6]** 6/24 30/18 38/1 44/7
**Email [4]** 1/17 1/17 2/5 2/6
**end [2]** 22/16 36/16
**ended [1]** 30/1
**enforcement [2]** 29/9 30/7
**engage [3]** 26/16 27/25 40/25
**engaged [1]** 28/19
**engages [1]** 41/4
**enhanced [2]** 15/14 15/25
**enough [1]** 8/5
**enter [8]** 3/18 4/7 4/15 4/16 5/11 7/19 8/6 35/15
**entered [3]** 4/1 9/2 28/9
**entering [13]** 5/18 8/1 28/23 28/24 31/14 32/1 32/17 33/4 33/19 34/15 36/3 37/2 39/5
**entire [1]** 34/6
**entirely [1]** 19/12
**essentially [1]** 16/12
**estimate [3]** 14/22 16/21 17/21
**estimated [1]** 18/15
**estimates [2]** 17/15 17/16
**even [2]** 20/4 22/11
**events [1]** 23/2
**every [3]** 9/17 9/18 9/23
**everybody [1]** 44/19
**everyone [1]** 3/5 39/12

**E**

evidence [9]  11/22
15/19 15/19 16/5 30/8
31/10 32/13 32/24 37/6
except [1]  44/4
exceptions [2]  36/5
37/4
exchange [2]  10/5
10/15
excuse [2]  12/22 34/16
executing [2]  10/21
10/23
execution [3]  24/19
26/14 28/12
explain [1]  33/10
explained [1]  39/19
extensive [2]  15/17
16/4

**F**

fact [3]  15/2 38/5 38/9
factors [3]  14/12 21/2
21/18
facts [1]  14/13
factual [1]  39/6
fairly [2]  10/13 25/22
fall [2]  35/3 35/9
false [1]  6/12
falsely [1]  6/11
family [1]  21/4
far [1]  6/18
feature [1]  11/4
federal [1]  10/19
feel [1]  5/20
felonies [1]  10/11
felony [1]  31/6
few [2]  10/13 39/21
fight [1]  27/1
fight.' [1]  30/2
file [6]  19/23 36/19
36/21 37/3 37/5 44/10
final [1]  29/13
finalized [1]  40/6
finally [8]  11/22 20/2
24/22 30/4 36/18 36/18
37/12 40/8
financial [1]  11/2
find [4]  7/25 39/5 39/6
39/7
fine [5]  12/13 12/24
13/10 13/19 17/11
firearm [1]  37/16
firearms [4]  27/17
40/23 42/16 42/19
first [7]  4/13 8/21 9/1
10/3 12/6 14/7 24/8
follow [6]  6/25 7/7 7/14
following [6]  4/22 26/5
34/4 34/16 34/17 41/17
follows [2]  27/16 29/15
force [8]  24/18 26/7
26/13 26/22 27/17
27/25 28/4 28/12
forced [1]  38/11
forcibly [1]  29/23
foregoing [1]  45/3
formal [2]  5/3 5/6
formed [1]  24/21

toward [1]  41/2
found [2]  33/11 34/3
Fourth [1]  1/15
free [2]  5/20 5/25
frickin' [1]  26/25
full [1]  12/1
fully [3]  8/1 19/4 42/7
fundamentally [1]
36/23
further [2]  44/13 44/15
furtherance [1]  28/11

**G**

gathered [1]  29/19
gathering [1]  28/10
gentlemen [2]  32/25
33/11
Geoffrey [1]  2/2
get [8]  4/5 5/9 6/3
16/14 30/13 30/19 33/9
38/12
gets [1]  15/22
giving [17]  5/18 30/23
31/15 32/2 32/4 32/18
33/5 33/20 33/23 34/16
34/17 34/22 36/4 36/19
37/3 37/20 38/1
go [12]  4/8 6/18 9/17
9/19 9/19 9/21 10/3
12/6 14/4 26/2 26/3
31/1
goal [1]  28/9
goals [2]  24/21 24/24
going [24]  4/12 4/13
4/14 6/3 8/12 8/21 8/22
8/23 9/15 9/17 9/19
10/3 10/5 12/6 14/4
19/15 19/17 23/14 24/8
24/9 26/2 26/3 26/18
39/19
good [6]  3/4 3/6 3/13
3/14 14/10 22/3
got [3]  26/24 26/25
43/10
governing [2]  26/15
28/13
government [25]  1/13
3/9 10/4 10/15 11/10
14/16 18/20 19/4 19/5
19/12 19/15 19/16
19/22 20/4 20/13 20/16
21/8 29/2 29/6 32/5
32/14 42/3 43/6 44/5
44/10
government's [2]
31/21 32/15
grade [1]  6/19
grand [5]  11/8 31/6
31/9 31/16 37/20
grant [4]  20/3 20/5
20/7 34/8
greater [3]  15/3 17/2
18/21
ground [1]  37/6
group [2]  30/1 31/10
groups [1]  29/22
guideline [1]  18/25
guidelines [24]  3/25

16/11 17/8 17/16 17/18
17/25 18/15 18/16
18/18 18/21 19/11
19/24 20/18 20/22 21/1
21/18 22/7 22/9 22/12
36/7
**Guidelines Range [8]**
17/25 18/15 18/16
18/18 18/21 20/18
20/22 36/7
guilt [2]  31/22 32/5
guilty [26]  4/7 4/16 5/7
5/11 5/14 8/12 10/8
30/19 30/23 30/25 33/1
33/11 34/3 35/4 37/20
37/23 38/2 38/4 38/5
38/8 38/9 38/12 38/18
38/21 39/5 39/7
guns [4]  43/15 43/16
43/17 43/17

**H**

had [5]  8/5 9/7 9/8 9/9
24/1
hand [6]  6/4 6/6 8/22
9/16 23/14 26/25
handled [1]  41/14
happen [1]  14/22
happens [1]  19/21
has [14]  4/20 10/15
18/20 20/4 20/13 20/16
21/24 22/1 30/18 38/11
41/23 41/25 42/17
42/19
have [66]
having [2]  7/6 7/9
he [21]  5/6 5/6 39/4
40/22 40/23 40/25 41/4
41/18 41/25 42/6 42/8
42/11 42/11 42/12
42/17 42/19 42/20
43/13 43/15 43/15
he'll [13]  43/12
he's [3]  7/25 39/5 42/9
head [2]  7/2 7/4
health [4]  41/1 42/12
42/13 43/21
heard [3]  27/23 29/21
41/20
**HEARING [1]**  1/9
here [4]  17/15 28/24
30/17 33/10
higher [2]  17/25 34/5
Hillsborough [1]  2/3
him [2]  39/7 39/9
himself [1]  27/18
hinder [3]  24/19 26/14
28/14
his [13]  39/4 39/5
40/20 40/22 40/23
41/13 41/16 41/25 42/1
42/8 42/9 42/20 43/11
history [11]  14/12
14/15 14/17 14/18 15/1
15/3 16/19 17/6 18/11
21/4 21/4

hold [2]  27/16 30/17
Honor [143]
**HONORABLE [2]**  1/10
3/2
host [2]  21/1 39/25
hotel [1]  29/17
how [5]  5/4 6/18 14/4
38/17 38/20
however [13]  10/23
18/10 31/5 31/14 32/1
32/17 33/4 33/14 33/19
34/15 36/3 37/2 39/20
hypothetically [1]
18/16

**I**

I also [1]  22/24
I am [3]  10/5 21/1 39/3
I apologize [1]  41/23
I assume [1]  39/14
I believe [2]  17/24
42/25
I can [2]  22/6 22/11
I didn't [1]  38/23
I find [1]  39/6
I have [5]  5/20 7/1
19/16 24/2 42/4
I just [1]  39/21
I may [1]  35/23
I misspoke [1]  43/17
I should [2]  3/24 14/6
I think [1]  43/17
I understand [18]  8/11
8/22 20/19 21/13 23/9
31/13 31/20 31/25
32/16 32/20 33/3 34/14
34/20 34/25 35/14 36/2
36/9 37/1
I want [1]  29/14
I will [1]  24/11
I'll [6]  14/15 21/3 21/15
21/17 29/15 44/9
I'm [25]  3/15 5/15 6/3
8/21 8/22 8/23 9/15
9/17 9/19 9/19 10/3
12/6 14/4 17/20 19/17
23/14 24/8 24/9 26/2
26/3 26/18 38/6 39/18
42/4 42/18
I'm going [6]  8/21 8/22
8/23 9/15 9/19 24/8
I'm Judge Mehta [1]
3/15
I'm just [1]  26/2
I'm not [4]  9/17 17/20
19/17 26/3
I'm now [1]  14/4
I'm sorry [2]  38/6 42/4
I've [4]  3/15 3/22 9/9
17/14
ibuprofen [1]  7/2
impede [1]  25/11
implore [1]  29/21
importance [1]  18/24
impose [1]  22/18
incarceration [2]  12/11
17/9
include [2]  24/17 25/10

including [7]  15/1
21/10 26/12 26/22
27/25 28/4 29/8
incriminating [1]  30/8
indicates [3]  27/5 27/7
28/8
indicted [1]  31/6
indictment [1]  31/16
individual [3]  29/20
29/22 29/24
individuals [1]  24/20
influence [2]  25/11
29/1
information [9]  4/20
5/4 8/13 8/15 21/9 31/4
38/16 39/9 42/14
informed [1]  8/1
injury [3]  7/4 15/15
16/2
innocent [2]  31/19
32/2
inquiries [1]  7/24
inside [2]  27/18 29/19
instead [1]  8/11
instruct [1]  33/16
instructed [1]  33/16
intelligence [1]  28/11
intend [1]  44/10
intended [2]  27/11
29/1
intent [1]  29/5
intentionally [1]  30/6
interest [3]  12/21
12/23 13/19
interference [3]  15/16
16/3 25/6
interview [5]  11/13
11/14 39/24 40/1 42/1
interviews [1]  11/9
intimidating [1]  29/6
intimidation [2]  12/21
21/17 29/15 44/9
involving [1]  4/1
is [111]
Is that [1]  20/23
is that correct [3]  3/18
8/18 29/3
is there [2]  7/13 41/9
it [21]  6/25 7/14 8/23
9/8 9/9 10/15 10/17
15/1 17/24 20/5 20/14
24/1 26/3 27/7 29/14
31/21 34/5 34/6 40/5
41/4 43/7
it would be [1]  31/21
it's [3]  16/23 19/1
23/13
its [2]  19/5 24/23

**J**

james [3]  2/2 2/6 3/10
January [8]  23/4 26/13
27/7 27/23 28/8 28/25
29/18 30/5
January 6th [2]  27/23
jobs [1]  37/15
John [1]  2/2
joined [1]  24/22
Joint [1]  44/11

**J**

Joseph [1]  28/15
JUDGE [2]  1/10 3/15
jurisdiction [1]  43/2
jurors [1]  31/23 32/6
jury [10]  11/8 31/6 31/9 31/16 33/1 33/11 33/16 33/24 37/15 37/20
just [20]  3/21 3/21 4/6 9/15 9/16 9/21 14/2 14/21 16/19 16/20 22/23 26/2 26/4 26/4 28/22 30/1 30/14 31/4 39/21 44/9
justice [1]  15/16 16/3

**K**

Kate [1]  3/9
Kate Rakoczy [1]  3/9
Kathryn [1]  1/13
kathryn.rakoczy [1]  1/18
Keepers [2]  26/23 29/23
knife [1]  27/12
know [1]  4/7
Kurosad [2]  2/2 3/10

**L**

ladies [2]  32/25 33/10
large [1]  27/11
last [5]  6/24 8/24 9/4 27/15 29/13
late [2]  29/17 30/5
law [4]  10/20 24/19 29/8 30/7
lawful [3]  26/7 26/12 26/21
laws [2]  26/14 28/12
lawyer [3]  32/11 34/11 34/18
lawyers [8]  4/15 8/6 8/9 14/7 14/16 32/11 39/19 40/1
leaders [1]  26/12
legal [1]  35/23
let [3]  3/21 26/4 30/14
let's [9]  4/6 11/4 12/5 15/8 23/12 27/5 30/11 30/13 30/22
lethal [1]  28/1
level [13]  15/8 15/11 15/23 15/25 16/10 16/13 16/16 16/20 16/22 16/24 17/1 17/7 18/7
levels [8]  15/14 15/16 15/17 15/18 16/1 16/2 16/4 16/5
liberties [1]  37/22
like [5]  5/23 16/19 21/9 29/22 40/10
likely [1]  14/5
likewise [3]  18/20 20/21 21/8
listen [1]  31/10
listening [1]  26/23
look [3]  8/23 19/16

looked [1]  3/22
lower [1]  18/18

**M**

made [6]  9/22 9/24 10/22 20/13 30/19 34/8
make [13]  3/23 6/25 7/14 11/18 16/21 19/6 19/10 20/4 23/1 31/11 32/13 35/23 43/10
making [1]  6/12
matter [2]  41/14 45/4
maximum [8]  12/6 12/10 12/13 13/7 13/10 14/2 22/12 36/6
may [14]  1/5 4/9 4/19 10/20 14/5 35/23 37/13 37/22 40/11 41/19 43/15 43/18 43/23 45/7
me [21]  3/21 5/14 5/16 5/20 12/22 16/22 19/16 21/5 21/9 22/1 26/4 30/14 34/17 35/7 35/13 40/5 40/10 40/11 42/11 43/25 44/18
mean [1]  9/23
means [9]  4/14 6/11 18/16 22/5 28/3 32/23 33/9 35/22 39/18
mechanical [1]  2/12
medication [1]  7/6
medications [1]  6/23
meeting [2]  26/20 42/9
meetings [1]  44/4
MEHTA [3]  1/10 3/3 3/15
members [1]  29/8
mental [4]  41/1 42/12 42/13 43/21
Merit [1]  2/7
might [4]  6/24 7/14 21/4 34/8
millimeter [1]  27/9
million [1]  23/4
mine [2]  22/5 22/5
minutes [1]  10/13
misspoke [2]  43/17 43/19
mistakes [1]  34/8
Monthly [1]  41/8
months [3]  17/8 17/8 18/17
more [7]  12/16 13/13 15/3 24/18 24/20 24/23 28/22
morning [2]  42/1 42/11
motion [7]  19/2 19/6 19/10 19/23 20/3 20/5 36/21
motions [4]  32/13 35/7 35/12 35/16
Mr. [89]
Mr. Baset [1]  24/15
Mr. Rhodes [10]  26/6 26/11 26/20 27/23 27/24 28/3 29/18 29/20 29/21 30/1

Mr. Willis [1]  42/2
Mr. Wilson [74]
Mr. Wilson's [2]  7/19 39/7
much [1]  44/17
Muktadir [1]  1/13
multiple [1]  27/23
must [3]  41/18 43/3 43/25
my [9]  7/2 7/10 7/24 16/23 17/18 20/4 20/5 21/24 22/4
myself [1]  5/21

**N**

NC [1]  2/4
necessarily [1]  43/19
necessary [4]  28/3 41/1 41/11 42/14
need [3]  4/4 27/24 44/7
needs [1]  42/20
network [1]  41/23
new [1]  34/9
newly [1]  37/5
next [1]  39/13
no [20]  1/4 3/7 3/23 4/2 4/21 7/8 7/11 7/16 7/21 7/22 9/13 19/15 20/13 22/1 24/6 30/21 38/3 38/14 38/25 39/1
nobody [2]  22/4 33/14
non [1]  10/18
non-violent [1]  10/18
North [8]  27/7 41/6 41/14 42/5 42/22 42/24 43/14 44/2
North Carolina [7]  27/7 41/6 41/14 42/5 42/22 42/24 44/2
Northern [1]  42/4
not [48]
not-guilty [1]  4/7
note [1]  44/9
Nothing [1]  44/15
November [1]  26/19
now [32]  5/14 6/3 6/10 6/10 8/5 8/11 8/21 9/15 9/21 12/5 14/2 14/4 14/21 16/19 18/15 18/24 19/3 19/21 20/7 20/12 21/24 22/23 23/16 25/18 26/2 30/13 30/15 31/3 31/18 34/3 34/21 35/6
NW [1]  1/15 2/9

**O**

oath [6]  6/5 6/7 6/10 26/23 26/25 29/23
object [1]  32/13
objective [1]  28/4
obligated [3]  12/18 12/23 13/2
obligation [2]  13/15 13/18 19/5
obligations [1]  44/5
obstruct [1]  25/11

8/16 10/9 13/6 15/24 16/5 38/20 39/10
obtain [1]  42/15
occasions [1]  27/23
Ocean [1]  30/7
off [1]  40/15
offense [23]  10/12 10/17 10/19 15/8 15/11 15/11 15/23 15/25 16/10 16/13 16/16 16/20 16/22 16/23 17/1 17/7 18/7 23/14 23/17 23/18 24/13 25/18 30/16
offenses [7]  14/3 14/13 14/14 24/11 31/12 33/1 33/12
OFFICE [3]  1/14 10/22 16/21
officer [2]  14/23 39/24
officers [1]  29/9
offices [1]  42/7
official [10]  2/8 4/25 8/16 10/9 13/6 15/24 25/7 25/12 38/20 39/10
officials [1]  41/14
okay [48]
one [6]  10/8 10/9 24/17 24/23 25/10 34/12
only [1]  30/6
open [1]  42/7
operate [1]  14/5
operating [1]  27/18
opportunity [2]  9/7 40/4
oppose [1]  26/7 28/12 29/23
order [5]  5/14 12/19 13/15 28/1 28/13
ordered [1]  42/6
other [20]  3/24 3/25 7/13 10/16 10/18 11/8 18/4 21/2 23/12 28/25 29/19 30/16 30/19 32/12 34/9 36/23 39/25 43/15 43/16 44/13
others [2]  26/7 26/11
out [3]  15/1 17/1 17/24
outlined [1]  26/21
outside [5]  41/5 41/6 43/2 43/3 43/24
over [13]  3/15 9/17 9/19 9/19 9/21 10/3 11/21 12/6 14/4 26/2 26/3 29/20 43/18
own [1]  40/20

**P**

p.m [3]  1/6 28/9 44/21
page [4]  8/24 9/4 23/15 23/21
paid [2]  12/25 13/20
paragraph [13]  9/17 26/4 26/10 26/19 27/5 27/15 27/22 28/8 28/24 29/14 29/14 29/16 30/4
paragraph 8 [1]  26/19

paragraphs [1]  28/22
part [11]  10/7 11/6 14/24 18/6 22/24 26/11 28/2 34/21 34/22 36/11 36/18
participate [2]  26/23 42/13
participating [2]  29/7 42/12
participation [1]  30/8
particular [3]  9/22 18/24 35/24
particularly [1]  21/16
parties [3]  14/16 18/10 18/13
parties' [1]  17/20
parts [1]  17/15
party [3]  42/21 43/18 43/20
passport [1]  40/22
passports [2]  41/18 43/13
pay [7]  12/18 12/23 13/2 13/15 13/18 23/1 23/7
penalties [7]  12/7 12/22 12/24 13/19 14/3 22/12 36/7
penalty [2]  12/10 13/7
pendency [1]  43/16
pending [1]  35/7
pepper [1]  27/10
perjury [1]  6/12
person [2]  3/11 42/21
personal [3]  40/20 41/17 43/12
personnel [1]  29/6
persons [1]  24/18
Phoenix [1]  29/17
phone [1]  30/6
pistol [1]  27/9
place [1]  6/4
placed [1]  6/7
Plaintiff [1]  1/4
plan [3]  26/11 26/21 28/2
planning [2]  15/17 16/4
plea [53]
plea agreement [11]  5/17 8/23 9/2 10/8 11/1 11/5 22/25 23/13 23/19 30/15 30/18
plead [10]  5/4 8/12 10/8 30/19 30/25 37/23 38/12 38/17 38/20 39/4
pleading [11]  10/4 14/13 24/11 30/23 31/3 31/5 34/23 35/4 37/20 38/4 38/8
pleads [1]  5/7
pleas [3]  3/25 4/16 5/11
please [5]  3/4 4/10 5/20 6/6 38/7
PLLC [1]  2/3
pocket [1]  27/12
podium [1]  4/9

**P**

point [7]   4/16 5/19
5/23 14/22 16/14 16/20
17/21
points [2]   14/17 15/3
Police [1]   29/9
position [1]   19/17
possess [4]   37/15
40/24 43/15 43/16
possession [2]   40/23
42/20
post [1]   37/21
post-conviction [1]
37/21
potential [1]   27/24
power [7]   26/8 26/13
26/15 26/21 28/1 28/13
29/23
preliminarily [1]   4/5
preparation [2]   15/18
16/4
preparations [1]   26/22
prepare [1]   14/23
prepared [2]   35/15
39/23
present [7]   4/7 11/15
26/20 32/12 32/22 40/1
40/9
presentence [2]   21/17
39/22
presenting [1]   32/14
preserved [1]   36/11
President [4]   28/15
28/15 29/22 29/25
President Trump [2]
29/22 29/25
President-Elect [1]
28/15
Presidential [5]   26/6
26/8 26/13 26/15 28/13
presiding [2]   3/3 3/15
presumed [2]   31/19
32/2
Pretrial [10]   41/2 41/20
42/1 42/10 43/14 43/19
43/22 43/24 44/1 44/5
Pretrial's [1]   41/23
Prettyman [1]   2/9
prevent [4]   24/19
26/14 28/14 30/7
prior [3]   10/22 14/22
15/1
prison [1]   13/8
private [1]   29/19
probable [1]   31/11
probation [10]   14/23
16/21 39/24 41/2 41/4
41/11 41/13 42/14
42/25 43/1
Probation Office [1]
16/21
probation officer [1]
14/23
proceed [1]   41/20
proceeding [11]   5/1
8/17 10/10 13/7 15/25
25/7 25/12 28/10 29/7
38/20 39/10

2/12 3/12 6/25 7/7 7/15
34/6 36/23 44/4 44/21
45/4
proceeds [1]   11/22
produced [1]   2/12
promise [4]   9/22 9/23
20/13 22/4
promised [2]   21/24
22/1
promises [3]   30/17
30/17 30/19
proof [1]   42/21
prosecute [1]   10/24
prosecuted [1]   6/12
prosecutor [1]   24/9
prove [1]   31/22
provide [3]   11/25
27/17 42/21
provided [1]   8/9
proving [1]   32/5
purposes [5]   4/7 5/4
5/7 34/12 42/10
pursued [1]   24/21
put [4]   14/17 30/11
32/24 33/5

**Q**

QRF [1]   27/17
question [6]   5/20 5/25
7/19 9/1 14/7 32/14
questions [8]   5/15
5/16 7/10 9/11 24/4
37/25 38/23 39/25
quick [1]   27/17

**R**

raise [4]   6/4 6/6 35/1
36/12
raised [1]   26/24
Rakoczy [2]   1/13 3/9
Raleigh [1]   2/4
range [10]   17/11 17/25
18/15 18/16 18/18
18/21 20/18 20/22 22/9
36/7
rather [1]   41/2
reaction [1]   27/17
read [6]   9/8 9/8 9/9
9/25 24/1 24/2
reading [2]   5/3 5/6
reads [1]   29/15
really [1]   14/11
Realtime [1]   2/8
reason [8]   7/13 7/19
15/2 19/14 19/22 20/7
22/17 36/24
reasonable [2]   31/22
32/6
received [3]   4/20 36/12
37/6
recess [1]   44/20
recognizance [3]
40/21 41/17 43/12
recommendation [1]
16/22
record [4]   4/19 24/10
44/9 45/3

reduce [1]   19/24
reduction [2]   16/14
19/11
reference [2]   42/16
42/18
reflect [1]   4/19
regional [1]   26/12
Registered [1]   2/7
release [4]   12/15 13/12
40/18 41/16
released [2]   40/20
43/11
releases [1]   42/14
relevant [1]   21/5
relief [1]   34/9
relieved [1]   19/5
relinquish [1]   40/23
remain [1]   33/16
remember [1]   39/22
repeat [2]   5/21 38/6
repeatedly [1]   29/21
report [9]   14/24 14/24
21/17 39/23 40/5 41/24
42/6 44/1 44/11
Reporter [4]   2/7 2/7
2/8 2/8
reporting [3]   41/8 41/9
42/8
represent [1]   32/18
representations [1]
7/25
request [3]   11/14
29/24 41/9
requested [2]   11/9
40/17
requesting [2]   40/19
42/3
required [8]   5/15 9/19
21/1 22/24 30/25 42/23
43/12 43/13
requires [1]   11/7
reserve [1]   10/23
reserved [7]   11/14
18/10 18/13 18/17
18/21 20/17 20/21
reserving [2]   36/5 37/4
respect [2]   24/8 25/6
responsibility [2]
16/15 26/24
responsible [1]   13/22
restitution [6]   12/19
12/24 13/16 13/19
22/25 23/8
result [2]   17/14 23/3
results [1]   16/15
review [3]   34/6 40/5
Rhodes [10]   26/6
26/11 26/20 27/23
27/24 28/3 29/18 29/20
29/21 30/1
Rhodes' [1]   29/24
rifle [1]   27/8
right [89]
rights [10]   5/18 30/13
30/23 37/14 37/19
37/21 37/21 37/21 38/1
39/4

RMR [2]   45/2 45/8
Room [1]   1/15
rounds [1]   27/9
rule [1]   9/20
ryan [3]   2/2 2/5 3/10

**S**

said [2]   9/21 43/11
satisfaction [1]   9/12
satisfied [3]   8/8 22/17
39/3
satisfy [1]   5/16
Saturday [1]   41/24
say [3]   14/6 18/16
19/16
says [2]   19/15 26/3
school [1]   6/18
scope [4]   15/17 16/4
35/3 35/9
score [1]   18/11
seat [1]   39/12
seated [1]   3/4
second [3]   13/23 25/6
29/13
Section [2]   4/24 5/2
seditious [10]   4/23
8/14 10/8 12/9 15/10
15/23 24/16 25/2 38/17
39/8
seek [1]   20/14
sentence [19]   9/18
20/14 20/17 20/22
21/19 21/25 22/4 22/6
22/9 22/11 22/17 27/15
35/21 35/24 36/4 36/6
36/7 36/20 36/24
sentenced [1]   36/22
sentencing [20]   3/24
10/6 11/19 12/5 12/8
14/4 14/8 14/11 14/23
21/2 21/5 35/22 35/24
36/14 37/8 39/15 39/20
40/10 40/11 40/16
separate [1]   10/11
series [1]   5/15
serve [1]   37/15
services [10]   8/9 42/1
42/12 42/13 43/14
43/19 43/22 43/24 44/1
44/5
set [1]   39/20
setting [1]   40/15
shall [4]   43/15 43/21
44/1 44/3
should [7]   3/24 14/6
16/22 23/1 33/11 36/24
38/24
side [1]   7/18
sign [1]   42/13
signature [2]   9/5 23/22
silence [1]   33/16
silent [1]   33/16
Similarly [1]   15/24
since [1]   41/23
single [2]   9/17 9/18
sir [55]
sit [3]   11/9 11/12 39/23

so [20]   3/17 4/6 4/12
5/9 6/4 10/7 15/22 16/9
25/13 26/4 30/11 40/15
41/16 41/24 42/7 42/12
42/14 43/10 43/11
43/19
some [6]   7/1 26/2 34/9
35/8 36/23 42/7
something [1]   36/22
sorry [3]   38/6 42/4
sort [3]   16/11 17/15
41/1
speak [2]   8/5 29/25
speakerphone [1]
29/21
Special [2]   13/3 13/23
spray [1]   27/10
staff [1]   29/8
stand [2]   33/10 33/15
stands [1]   44/20
start [2]   14/15 26/4
started [3]   4/5 5/9 6/3
state [1]   24/10
stated [3]   28/24 30/1
42/25
statement [10]   6/12
10/12 10/17 23/14
23/17 23/18 25/18 26/5
28/17 30/16
statements [1]   11/18
states [20]   1/1 1/3 1/10
3/7 4/24 5/1 8/2 8/15
8/17 24/20 24/22 26/10
26/15 26/19 27/15
27/22 28/16 29/2 43/23
43/25
Status [1]   44/11
statute [1]   35/9
statutes [2]   34/23 35/4
statutory [3]   21/2
22/12 36/6
stay [2]   42/8 44/3
stenography [1]   2/12
steps [1]   39/13
stick [1]   27/11
still [3]   36/5 37/4 37/23
stop [3]   26/12 26/21
28/1
Street [2]   1/15 2/3
style [1]   27/8
subject [1]   41/17
submitted [1]   40/5
substantial [3]   15/16
16/3 19/1
substantially [2]   19/17
19/23
such [8]   11/14 11/23
19/10 26/16 27/18
34/12 34/19 37/14
suite [2]   2/4 29/20
supervised [2]   12/15
13/12
supervision [2]   42/6
42/23
supporting [1]   29/7
sure [3]   3/23 39/18
43/10

**S**

**surrender [4]** 40/22 41/18 43/12 43/13
**swore [2]** 26/25

**T**

**take [7]** 8/23 21/15 23/15 26/11 28/2 33/15 44/7
**taken [3]** 6/23 7/1 7/6
**talk [8]** 10/13 11/4 12/5 15/8 23/12 30/13 30/22 39/13
**talked [6]** 14/7 22/24 30/15 30/16 30/17 39/22
**telephone [2]** 29/24 41/10
**tell [2]** 29/22 39/21
**term [2]** 12/15 13/12
**terms [5]** 5/17 10/6 10/25 12/5 40/17
**Terrific [1]** 44/12
**testify [5]** 6/11 11/8 33/9 33/20 33/24
**than [9]** 3/24 12/16 13/13 15/3 15/4 17/2 18/7 30/16 44/13
**Thank [3]** 6/8 44/12 44/17
**Thanks [1]** 44/19
**that [280]**
**that's [24]** 9/25 10/17 11/16 15/25 17/25 19/21 19/24 20/3 20/5 20/15 20/17 21/21 23/13 23/17 23/20 25/21 31/4 31/17 32/8 33/7 36/6 36/7 37/9 41/24
**themselves [1]** 17/16
**then [23]** 4/8 4/15 4/17 7/24 7/24 8/24 10/5 11/4 12/7 15/8 17/6 22/18 24/12 29/13 29/20 30/4 30/13 30/22 37/19 38/16 39/3 39/9 44/3
**there [10]** 3/22 3/23 7/13 9/11 31/11 34/5 35/7 38/23 39/6 41/9
**therefore [1]** 39/7
**these [15]** 3/11 3/15 6/25 7/7 7/15 12/7 14/3 24/11 24/20 28/11 28/22 31/12 34/6 36/23 43/10
**they [14]** 10/23 14/11 14/12 14/24 19/23 30/21 31/10 31/23 32/12 32/12 32/14 34/7 42/7 42/22
**they'd [2]** 21/9 32/13
**they'll [1]** 4/16
**thing [4]** 8/21 10/3 12/6 24/8
**things [6]** 11/8 18/4 21/3 32/12 39/21 39/25

**third [3]** 42/21 43/18 43/19
**third-party [1]** 42/21
**this [72]**
**those [15]** 5/16 10/10 10/10 10/25 14/2 14/14 16/9 16/12 21/18 25/1 25/15 26/22 35/12 35/16 42/20
**though [1]** 20/4
**threatened [1]** 38/11
**threatening [3]** 15/15 16/1 16/2
**three [6]** 12/16 13/13 14/12 15/16 16/2 16/14
**three-point [1]** 16/14
**through [3]** 3/22 4/8 40/8
**time [6]** 5/19 5/23 7/20 8/5 16/20 21/2
**timely [2]** 12/24 13/20
**Title [2]** 4/24 5/1
**titled [3]** 10/12 23/16 45/4
**today [6]** 3/18 7/10 8/6 30/17 33/19 39/20
**TODD [2]** 1/6 3/8
**together [2]** 39/21 44/8
**told [2]** 17/14 27/16
**too [1]** 17/16
**took [1]** 28/11
**total [2]** 13/24 16/15
**traceable [1]** 11/23
**transcript [3]** 1/9 2/12 45/3
**transcription [1]** 2/12
**transfer [8]** 26/7 26/12 26/15 26/21 28/1 28/13 29/23 42/20
**transferred [1]** 42/22
**travel [7]** 41/3 41/5 43/1 43/1 43/3 43/23 43/24
**treatment [2]** 41/1 43/21
**trial [15]** 8/12 11/9 31/1 31/18 31/19 32/10 32/19 32/22 33/9 34/4 34/7 34/9 34/16 34/18 37/21
**trip [1]** 27/8
**Trump [2]** 29/22 29/25
**turn [8]** 3/21 4/17 8/24 10/5 11/21 12/8 26/18 27/5
**turned [1]** 43/18
**turns [3]** 15/1 17/1 17/24
**two [11]** 6/24 8/13 12/7 14/3 15/17 15/18 16/3 16/5 16/12 24/18 24/20
**Tylenol [1]** 7/1

**U**

**U.S [3]** 1/14 23/3 43/3
**U.S. [1]** 10/22
**U.S. Attorney's Office [1]** 10/22

**third [3]** 42/21 43/18
39/8 39/11
**ultimate [3]** 20/2 21/19 35/24
**ultimately [2]** 16/23 17/17
**unanimously [2]** 31/23 32/7
**unconstitutional [1]** 34/24
**under [7]** 6/4 6/7 6/10 19/5 19/6 24/17 25/9
**understand [87]**
**understanding [1]** 7/10 28/2 37/19
**understands [1]** 39/3
**understood [24]** 5/21 5/25 9/24 9/25 13/24 15/5 18/1 19/7 20/23 21/20 21/21 22/13 22/19 22/20 31/16 31/17 32/7 32/8 33/6 33/7 37/8 37/9 40/6 40/12
**uniform [1]** 27/10
**UNITED [16]** 1/1 1/3 1/10 3/7 4/24 5/1 8/2 8/15 8/17 24/20 24/22 26/15 28/16 29/2 43/23 43/25
**United States [9]** 5/1 8/2 24/20 24/22 26/15 28/16 29/2 43/23 43/25
**United States of [1]** 3/7
**unlawful [1]** 24/23
**unless [1]** 42/9
**up [28]** 4/11 5/18 8/22 9/16 19/12 21/17 22/12 23/14 27/25 28/3 30/23 31/15 32/2 32/4 32/18 33/5 33/9 33/20 33/23 34/16 34/17 34/22 36/4 36/19 37/3 37/20 38/1 44/7
**upon [6]** 7/24 14/12 17/6 27/16 29/22 37/5
**upward [1]** 18/14
**urge [1]** 26/22
**us [1]** 15/22
**usdoj.gov [2]** 1/17 1/18
**use [4]** 26/22 27/11 28/3 28/4
**used [3]** 11/19 33/17 33/25

**V**

**vacated [1]** 36/24
**valuable [1]** 37/13
**various [2]** 3/15 35/23
**versus [1]** 3/8
**very [1]** 44/17
**victim [1]** 23/1
**violation [4]** 4/23 5/1 8/14 8/17 10/19 25/9 39/8 39/10
**violence [2]** 10/24 28/1

**voluntarily [1]** 39/5
**vote [1]** 37/14
**vs [1]** 1/5

**W**

**wait [1]** 44/18
**waive [2]** 5/3 5/6
**waived [1]** 11/13
**waiving [2]** 35/20 39/4
**walking [1]** 27/11
**want [4]** 3/23 29/14 30/1 39/21
**was [4]** 10/22 29/17 31/11 36/22
**Washington [3]** 1/5 1/16 2/10
**way [5]** 7/7 16/11 31/4 35/24 38/12
**we [20]** 3/21 4/4 4/5 4/9 5/9 6/3 6/4 12/7 16/11 30/13 39/14 39/20 40/15 40/19 40/22 42/6 42/8 43/1 44/7 44/8
**we will [3]** 12/7 39/14 40/15
**We'd [1]** 41/13
**we'll [6]** 4/7 4/8 4/17 10/12 39/13 41/16
**we're [4]** 4/12 4/13 36/16 39/19
**we've [4]** 22/23 30/15 30/15 30/17
**weapon [1]** 27/11
**weapons [2]** 43/15 43/16
**weekly [2]** 41/8 41/10
**well [12]** 7/25 11/23 12/21 13/18 15/18 21/10 21/18 28/25 34/18 37/22 40/11 44/18
**went [2]** 31/18 32/10
**were [4]** 8/2 26/20 29/6 34/3
**what [35]** 4/12 5/17 6/11 6/16 8/22 9/19 9/19 10/4 10/4 14/22 16/22 16/23 17/17 18/4 18/15 19/21 20/14 21/24 22/4 22/5 22/23 24/5 24/10 26/2 32/23 34/7 35/22 36/19 37/25 39/4 39/18 41/5 41/8 42/3 42/18
**what's [5]** 4/13 14/18 19/1 31/4 40/17
**whatever [6]** 15/2 19/14 19/22 20/7 22/17 22/17
**whether [8]** 19/10 20/3 20/5 24/12 26/5 31/11 34/8 35/8
**which [21]** 8/13 8/16 10/12 10/20 10/21 14/13 14/17 16/15 21/11 24/11 26/19

**26/20 33/1 33/12 34/23 35/2 35/3 35/4 36/22 39/9 39/21
**while [1]** 44/7
**who [4]** 29/6 31/10 32/4 42/5
**whole [3]** 21/1 23/1 39/24
**why [5]** 4/10 5/9 33/11 39/12 41/24
**will [27]** 4/15 5/6 10/16 10/17 12/7 13/22 14/22 14/23 16/14 16/21 16/24 18/6 19/5 20/14 21/17 21/25 22/4 24/11 39/14 39/23 39/24 40/4 40/15 42/5 42/7 43/11 43/13
**WILLIAM [5]** 1/6 2/7 3/8 45/2 45/8
**Willis [4]** 2/2 2/3 3/10 42/2
**WILSON [76]**
**Wilson's [2]** 7/19 39/7
**wish [8]** 5/3 5/4 5/10 8/6 8/12 31/1 37/23 40/2
**wishes [1]** 3/17
**withdraw [6]** 15/5 17/2 18/1 19/24 20/8 22/18
**within [5]** 10/20 22/9 35/3 35/9 43/23
**within-Guidelines-range [1]** 22/9
**witness [2]** 33/10 33/15
**witnesses [2]** 32/15 32/24
**work [2]** 16/11 21/3
**would [34]** 12/18 12/23 13/2 14/17 14/24 15/4 15/14 17/2 20/8 23/23 27/17 31/10 31/11 31/19 31/21 31/23 32/11 32/12 32/12 32/13 32/14 32/21 32/25 33/8 33/16 34/4 34/6 34/7 34/12 35/21 40/9 40/19 40/22 43/1
**written [1]** 21/17
**wrong [2]** 19/16 36/23

**Y**

**Yeah [1]** 4/10
**years [4]** 12/10 12/16 13/8 13/13
**yes [104]**
**you [272]**
**you understand [1]** 5/17
**you understand that [1]** 36/8
**you were [1]** 26/20
**you'd [1]** 5/23
**you'll [3]** 39/22 39/23 40/9
**you're [14]** 19/15 22/17 24/11 31/3 31/15 32/1

**Y**

**you're... [8]** 32/4 33/20
34/16 34/17 35/15
36/22 37/2 37/4
**you've [11]** 11/5 11/25
18/4 18/6 20/21 21/11
23/7 26/24 26/25 28/24
37/6
**your [225]**
**Your Honor [143]**

**Z**

**Zaremba [3]** 2/7 45/2
45/8
**zero [2]** 14/17 15/3