UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

No. 1:22-cr-00152-APM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **DEFENDANT'S UNOPPOSED** |
| WILLIAM TODD WILSON, ) | **MOTION TO CONTINUE** |
| ) | **SENTENCING** |
| Defendant. ) | |

NOW COMES Defendant, William Todd Wilson, by and through undersigned counsel of record, who respectfully moves the Court to continue Defendant's Sentencing in the above referenced matter for six (6) months. The Defendant respectfully shows unto the Court the following in support of this motion:

1. By previous order of this Court, Defendant's sentencing is scheduled for March 20, 2024 at 2:00 p.m. before the Honorable United States District Judge Amit P. Mehta.

2. Undersigned counsel and the Government are monitoring and remain in ongoing discussion regarding recent appellate decisions related to defendants with similar counts of conviction. With the opportunity for greater clarity about factors affecting sentencing in the

      coming months, a short continuance to September would improve judicial economy.

3. Undersigned counsel has conferred with Assistant United States Attorney, Ahmed Baset, who is assigned to this matter, regarding this Motion including the length of the requested continuance, and is authorized to represent to the Court that, although not joining in the reasoning, the Government does not oppose this Motion nor the relief requested herein.

WHEREFORE, undersigned counsel respectfully moves that Defendant's sentencing be continued to a date not less than six (6) months from the date of Defendant's currently scheduled sentencing.

Respectfully submitted this the 8th day of March, 2024.

DYSART WILLIS

| By: | /s/ Christian E. Dysart | /s/ Geoffrey Ryan Willis |
|---|---|---|
| | CHRISTIAN E. DYSART | GEOFFREY RYAN WILLIS |
| | N.C. State Bar No. 36734 | N.C. State Bar No. 33004 |
| | christian@dysartwillis.com | ryan@dysartwillis.com |
| | 530 Hillsborough St., Suite 200 | 530 Hillsborough St., Suite 200 |
| | Raleigh, NC 27603 | Raleigh, NC 27603 |
| | Telephone: (919) 747-8380 | Telephone: (919) 747-8380 |
| | Facsimile: (919) 882-1222 | Facsimile: (919) 882-1222 |
| | *RETAINED ATTORNEY FOR DEFENDANT* | *RETAINED ATTORNEY FOR DEFENDANT* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **DEFENDANT'S MOTION TO CONTINUE SENTENCING** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

>Ahmed Muktadir Baset
>United States Attorney's Office
>District of Columbia
>555 Fourth Street, N.W.
>Room 4209
>Washington, DC  20530
>Email:  ahmed.baset@usdoj.gov

This, the 8th day of March, 2024.

>DYSART WILLIS, PLLC
>
>By:  /s/ Geoffrey Ryan Willis
>Geoffrey Ryan Willis
>N.C. State Bar No. 330014
>Email: ryan@dysartwillis.com
>530 Hillsborough St., Suite 200
>Raleigh, NC  27603
>Telephone: (919) 747-8380
>Facsimile: (919) 882-1222
>*RETAINED ATTORNEY FOR DEFENDANT*